IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA SHUMAN, | : | CIVIL ACTION |
| a minor by and through his mother | : | |
| and natural guardian, | : | No. 02-CV-3594 |
| TERESA SHERTZER, | : | |
| and TERESA SHERTZER, | : | (Tucker) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENN MANOR SCHOOL DISTRICT; | : | |
| PENN MANOR SCHOOL BOARD; | : | |
| C. WILLIS HERR; RICHARD L. | : | |
| FRERICHS; JEFFREY E. LYON; | : | |
| PATRICK T. KLINE; DONALD H. | : | |
| ANDERSON; H. THOMAS HERR; | : | |
| KELLY K. WITHUM; DONNA WERT; | : | |
| JEFFREY G. KREIDER; DOLORES | : | |
| WARFEL and STEVE SKROCKI, each | : | |
| individually and as members/officers of | : | |
| the Penn Manor School Board; | : | |
| GARY B. CAMPBELL, individually | : | |
| and as Superintendent of the Penn Manor | : | |
| School District; DONALD STEWART, | : | |
| individually and as Acting Superintendent | : | |
| of the Penn Manor School District; | : | |
| JANICE M. MINDISH, individually and | : | |
| as Principal of Penn Manor High School | : | |
| of the Penn Manor School District; | : | |
| BRIAN D. BADDICK, individually and | : | |
| as Assistant Principal of Penn Manor | : | |
| High School of Penn Manor School | : | |
| District; PHILIP B. GALE, individually | : | |
| and as Dean of Students of Penn Manor | : | |
| High School of the Penn Manor School | : | |
| District; and CAROLE FAY, individually | : | |
| and as a teacher and Agriculture | : | |
| Coordinator at Penn Manor High School | : | |
| of the Penn Manor School District, | : | |
| | : | |
| Defendants. | | |

**WAIVER OF SERVICE OF SUMMONS**

TO:    DEIRDRE A. AGNEW, ESQUIRE
Goshen Executive Center, Building 400A
1450 East Boot Road
West Chester, Pennsylvania 19380

I acknowledge receipt of your request that I waive service of summons in the action of ***JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER, Plaintiffs, v. PENN MANOR SCHOOL DISTRICT; PENN MANOR SCHOOL BOARD; C. WILLIS HERR; RICHARD L. FRERICHS; JEFFREY E. LYON; PATRICK T. KLINE; DONALD H. ANDERSON; H. THOMAS HERR; KELLY K. WITHUM; DONNA WERT; JEFFREY G. KREIDER; DOLORES WARFEL; STEVE SKROCKI; GARY B. CAMPBELL; DONALD STEWART; JANICE M. MINDISH; BRIAN D. BADDICK; PHILIP B. GALE; and CAROLE FAY, Defendants***, which is case number **02-CV-3594** in the United States District Court for the Eastern District of Pennsylvania. I have also received a copy of the Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after June 5, 2002, or within 90 days after that date if the request was sent outside the United States.

Date: <u>June 24, 2002</u>    Signature: _____

**Jason R. Wiley, Atty. I.D. # 79874**
*Attorney for*
PENN MANOR SCHOOL DISTRICT; PENN MANOR SCHOOL BOARD; C. WILLIS HERR; RICHARD L. FRERICHS; JEFFREY E. LYON; PATRICK T. KLINE; DONALD H. ANDERSON; H. THOMAS HERR; KELLY K. WITHUM; DONNA WERT; JEFFREY G. KREIDER; DOLORES WARFEL; STEVE SKROCKI; GARY B. CAMPBELL; DONALD STEWART; JANICE M. MINDISH; BRIAN D. BADDICK; PHILIP B. GALE; and CAROLE FAY

2