IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA SHUMAN, | : | CIVIL ACTION |
| a minor by and through his mother | : | |
| and natural guardian, | : | No. 02-CV-3594 |
| TERESA SHERTZER, | : | |
| and TERESA SHERTZER, | : | (Tucker) |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PENN MANOR SCHOOL DISTRICT; | : | |
| PENN MANOR SCHOOL BOARD; | : | |
| C. WILLIS HERR; RICHARD L. | : | |
| FRERICHS; JEFFREY E. LYON; | : | |
| PATRICK T. KLINE; DONALD H. | : | |
| ANDERSON; H. THOMAS HERR; | : | |
| KELLY K. WITHUM; DONNA WERT; | : | |
| JEFFREY G. KREIDER; DOLORES | : | |
| WARFEL and STEVE SKROCKI, each | : | |
| individually and as members/officers of | : | |
| the Penn Manor School Board; | : | |
| GARY B. CAMPBELL, individually | : | |
| and as Superintendent of the Penn Manor | : | |
| School District; DONALD STEWART, | : | |
| individually and as Acting Superintendent | : | |
| of the Penn Manor School District; | : | |
| JANICE M. MINDISH, individually and | : | |
| as Principal of Penn Manor High School | : | |
| of the Penn Manor School District; | : | |
| BRIAN D. BADDICK, individually and | : | |
| as Assistant Principal of Penn Manor | : | |
| High School of Penn Manor School | : | |
| District; PHILIP B. GALE, individually | : | |
| and as Dean of Students of Penn Manor | : | |
| High School of the Penn Manor School | : | |
| District; and CAROLE FAY, individually | : | |
| and as a teacher and Agriculture | : | |
| Coordinator at Penn Manor High School | : | |
| of the Penn Manor School District, | : | |
| | | |
| Defendants. | | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter our appearance on behalf of Defendants, PENN MANOR SCHOOL DISTRICT; PENN MANOR SCHOOL BOARD; C. WILLIS HERR; RICHARD L. FRERICHS; JEFFREY E. LYON; PATRICK T. KLINE; DONALD H. ANDERSON; H. THOMAS HERR; KELLY K. WITHUM; DONNA WERT; JEFFREY G. KREIDER; DOLORES WARFEL; STEVE SKROCKI; GARY B. CAMPBELL; DONALD STEWART; JANICE M. MINDISH; BRIAN D. BADDICK; PHILIP B. GALE; and CAROLE FAY, in the above-captioned matter.

Respectfully submitted:

**SWEET, STEVENS, TUCKER & KATZ LLP**

Date: June 24, 2002   By: _____

**Ellis H. Katz,** Attorney I.D. No. 34835
**Jason R. Wiley,** Attorney I.D. No. 79874
331 Butler Avenue, P.O. Box 5069
New Britain, Pennsylvania 18901
215-345-9111
Attorneys for Defendants, PENN MANOR SCHOOL DISTRICT; PENN MANOR SCHOOL BOARD; C. WILLIS HERR; RICHARD L. FRERICHS; JEFFREY E. LYON; PATRICK T. KLINE; DONALD H. ANDERSON; H. THOMAS HERR; KELLY K. WITHUM; DONNA WERT; JEFFREY G. KREIDER; DOLORES WARFEL; STEVE SKROCKI; GARY B. CAMPBELL; DONALD STEWART; JANICE M. MINDISH; BRIAN D. BADDICK; PHILIP B. GALE; and CAROLE FAY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN**, *et al.*, | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | No. 02-CV-3594 |
| | : | |
| v. | : | (Tucker) |
| | : | |
| **PENN MANOR SCHOOL DISTRICT, et al.**, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, counsel for Defendants, PENN MANOR SCHOOL DISTRICT; PENN MANOR SCHOOL BOARD; C. WILLIS HERR; RICHARD L. FRERICHS; JEFFREY E. LYON; PATRICK T. KLINE; DONALD H. ANDERSON; H. THOMAS HERR; KELLY K. WITHUM; DONNA WERT; JEFFREY G. KREIDER; DOLORES WARFEL; STEVE SKROCKI; GARY B. CAMPBELL; DONALD STEWART; JANICE M. MINDISH; BRIAN D. BADDICK; PHILIP B. GALE; and CAROLE FAY, hereby certify that a true and correct copy of the foregoing Entry of Appearance was forwarded to the following counsel at the following address, via facsimile and U.S. Mail on this date:

Deirdre A. Agnew, Esquire
Goshen Executive Center, Bldg 400A
1450 East Boot Road
West Chester, Pennsylvania  19380

**SWEET, STEVENS, TUCKER & KATZ** LLP

Date: June 24, 2002          By:_____
**Jason R. Wiley, Esquire,** Attorney I.D. No. 79874
331 Butler Avenue, P.O. Box 5069
New Britain, Pennsylvania 18901 215-345-9111
Attorneys for Defendants