IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs** | : : | |
| v. | : : | (TUCKER) |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, C. WILLIS HERR, RICHARD L. FRERICHS, JEFFERY E. LYON, PATRICK T. KLINE, DONALD H. ANDERSON, H. THOMAS HERR, KELLY K. WITHUM, DONNA WERT, JEFFREY G. KREIDER, DOLORES WARFEL,  and STEVE SKROCKI,** each individually and as members/officers of the Penn Manor School Board**, AND GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this _____ day of _____, 2002, after consideration of the Motion to Dismiss of Defendants, and Brief in Support and any responses thereto, it is hereby ORDERED and DIRECTED that **1)** all constitutional claims asserted by Teresa Shertzer individually; **2)** all constitutional claims against all the individual Defendants in their official capacities and the Penn Manor School Board; **3)** all constitutional claims against Carole Fay; **4)** all constitutional claims against Gary B. Campbell and Donald Stewart in their personal capacities; **5)** Count I with regard to any First Amendment Violation; **6)** Count III **7)** Count VIII against the District, the Board, Gary B. Campbell, and Donald Stewart; **8)** Count VIII by Teresa Shertzer against Brian Baddick **9)** All state law tort claims asserted against Carole Fay **10)** Count IX; **11)** Count X; and **12)** Count XI with regard to the District, the Board, and the individually named Defendants in their official capacities, be dismissed.

**BY THE COURT**:

_____
**Judge Tucker**