IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| J. S., a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, C. WILLIS HERR, RICHARD L. FRERICHS, JEFFREY E. LYON, PATRICK T. KLINE, DONALD H. ANDERSON, H. THOMAS HERR, KELLY K. WITHUM, DONNA WERT, JEFFREY G. KREIDER, DOLORES WARFEL, AND STEVE SKROCKI, each individually and as members/officers of the Penn Manor School Board,<br>AND<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(TUCKER) |

**STIPULATION TO PERMIT PLAINTIFFS AN EXTENSION
OF TIME TO RESPOND TO DEFENDANTS' MOTION
TO DISMISS PORTIONS OF PLAINTIFFS' COMPLAINT**

  It is hereby stipulated and agreed between the parties that Plaintiffs shall have an additional 15 days, or until September 3, 2002, to file their response and accompanying Memorandum of Law in Opposition to the Motion to Dismiss filed by Defendants. It is certified that the Motion was filed on August 5, 2002 and there have been no prior requests for extensions of time.

| | |
|---|---|
| _____ | _____ |
| DEIRDRE A. AGNEW, ESQUIRE | ELLIS H. KATZ, ESQUIRE |
| Attorney for Plaintiffs | Attorney for Defendants |

**APPROVED:**  **BY THE COURT:**

_____
**Judge Tucker**