IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOSHUA SHUMAN, et al              :
              Plaintiffs,         :
                                  :
       v.                         :      No. 02-3594
                                  :
PENN MANOR SCHOOL DISTRICT, et al :
              Defendants.         :
```

**ORDER**

      AND NOW, this     day of May, 2003, after a telephonic discovery conference with counsel held on May 15, 2003, it is hereby ORDERED that Defendants shall:

    1.  on or before Thursday, May 22, 2003, produce the insurance policies;

    2.  on or before Thursday, May 22, 2003, answer Interrogatory No. 11 concerning the investigation and/or report or reports with specificity;

    3.  on or before Thursday, June 19, 2003, supply the names, addresses and phone numbers of the students in the classroom together with any other persons who has knowledge of the event subject to the confidentiality requirement under the Family Education Rights and Privacy Act that said information cannot be disclosed to anyone unconnected with this litigation;

    4.   determine if the Defendant Administrators were trained and/or retrained in handling disciplinary actions or sexual harassment matters;

    5.   respond to the interrogatories for each individual defendant;

    6.   provide a complete response to Interrogatory No. 1 subject to a confidentiality agreement;

    7.   provide detailed answers to all interrogatories concerning the witnesses subject to the confidentiality requirement under the Family Education Rights and Privacy Act that said information cannot be disclosed to anyone unconnected with this litigation;

    8.   answer Interrogatory No. 12 with more specificity;

    9.   on or before Thursday, June 19, 2003, answer Interrogatory Nos. 24 and 25 covering the twelve month period prior to this incident alleged in the Complaint for high school students grades 10 through 12 involving disciplinary action with four or more days suspension subject to the confidentiality requirement under the Family Education Rights and Privacy Act that said information cannot be disclosed to anyone unconnected with this litigation;

    10.   answer Interrogatory No. 27 as pertaining to civil rights or student discipline based law suits for the twenty-four months preceding this incident as alleged in the Complaint;

    11.  produce Document Request Nos. 9 through 14 subject to a confidentiality agreement; and

    12.   on or before Thursday, June 19, 2003, produce Document Request No. 16 subject to the confidentiality requirement under the Family Education Rights and Privacy Act that said information cannot be disclosed to anyone unconnected with this litigation.

                        BY THE COURT:

                        _____
                        ARNOLD C. RAPOPORT
                        United States Magistrate Judge