```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor, by           )
and through his Mother and           )   Civil Action
Natural Guardian,                    )   No. 02-cv-03594
TERESA SHERTZER; and                 )
TERESA SHERTZER, Individually,       )
                                     )
              Plaintiffs             )
                                     )
         vs.                         )
                                     )
PENN MANOR SCHOOL DISTRICT;          )
PENN MANOR SCHOOL BOARD;             )
C. WILLIS HERR,                      )
RICHARD L. FRERICHS,                 )
JEFFREY E. LYON,                     )
PATRICK T. KLINE,                    )
DONALD H. ANDERSON,                  )
H. THOMAS HERR,                      )
KELLY K. WITHUM,                     )
DONNA WERT,                          )
JEFFREY G. KREIDER,                  )
DOLORES WARFEL,                      )
STEVE SKROCKI, each Individually     )
and as Members/Officers of the       )
Penn Manor School Board;             )
GARY B. CAMPBELL, Individually       )
and as Superintendent of the         )
Penn Manor School District;          )
DONALD STEWART, Individually         )
and as Acting Superintendent of      )
the Penn Manor School District;      )
JANICE M. MINDISH, Individually      )
and as Principal of Penn Manor       )
High School of the Penn Manor        )
School District;                     )
BRIAN D. BADDICK, Individually       )
and as Assistant Principal of        )
Penn Manor High School of the        )
Penn Manor School District;          )
PHILIP B. GALE, Individually         )
and as Dean of Students of           )
Penn Manor High School of the        )
Penn Manor School District; and      )
```

```
CAROLE FAY, Individually         )
and as a Teacher and             )
Agriculture Coordinator at       )
Penn Manor High School of the    )
Penn Manor School District,      )
                                 )
            Defendants           )
```

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

      NOW, this        day of                  , 2003,

_____IT IS ORDERED that the within matter is referred to United States Magistrate Judge Arnold C. Rapoport to schedule and conduct a settlement conference.

                                          BY THE COURT:

                                          _____
                                          James Knoll Gardner
                                          United States District Judge