IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs,** | : : | |
| v. | : | **(GARDNER)** |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, C. WILLIS HERR, RICHARD L. FRERICHS, JEFFERY E. LYON, PATRICK T. KLINE, DONALD H. ANDERSON, H. THOMAS HERR, KELLY K. WITHUM, DONNA WERT, JEFFREY G. KREIDER, DOLORES WARFEL, and STEVE SKROCKI,** each individually and as members/officers of the Penn Manor School Board**, AND GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

**CERTIFICATE OF NONCONCURRENCE**

The undersigned counsel hereby certifies that counsel for the plaintiffs was contacted to seek concurrence with the Defendant's Motion for Mental Examination. Counsel has not indicated concurrence with that motion.

                                      SWEET, STEVENS, TUCKER & KATZ LLP

Date: September 5, 2003        By: /s/ Jason R. Wiley
                                      Ellis H. Katz, Esquire, Atty I.D. # 34835
                                      Jason R. Wiley, Esquire, Atty I.D. #79874
                                      331 Butler Avenue, P. O. Box 5069
                                      New Britain, Pennsylvania  18901

                                      Attorneys for Defendants