# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs,** | : : |
| v. | : **(GARDNER)** |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, C. WILLIS HERR, RICHARD L. FRERICHS, JEFFERY E. LYON, PATRICK T. KLINE, DONALD H. ANDERSON, H. THOMAS HERR, KELLY K. WITHUM, DONNA WERT, JEFFREY G. KREIDER, DOLORES WARFEL, and STEVE SKROCKI,** each individually and as members/officers of the Penn Manor School Board**, AND GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : |
| **Defendants.** | : |

## CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, hereby certify that the above Motion for Mental Examination was served first class mail, postage prepaid, upon the following:

Deirdre A. Agnew, Esquire
Goshen Executive Center, Bldg 400A
1450 East Boot Road
West Chester, Pennsylvania 19380

SWEET, STEVENS, TUCKER & KATZ LLP

Date: September 5, 2003        By:        /s/ Jason R. Wiley
Ellis H. Katz, Esquire, Atty I.D. # 34835
Jason R. Wiley, Esquire, Atty I.D. #79874
331 Butler Avenue, P. O. Box 5069
New Britain, Pennsylvania 18901

Attorneys for Defendants