| TELEPHONE | | FAX |
|---|---|---|
| (610) 828-2822 | | (610) 828-9464 |

**GERALD COOKE, Ph.D. & MARGARET COOKE, Ph.D., P.C.**
**CLINICAL AND FORENSIC PSYCHOLOGY**
**LICENSED PSYCHOLOGISTS**
**4 EAST GERMANTOWN PIKE**
**PLYMOUTH MEETING, PA 19462**

## GERALD COOKE

## CURRICULUM VITAE

### PRESENT POSITIONS

Private practice in Clinical and Forensic Psychology. Forensic Psychodiagnostic Evaluation, Neuropsychological Evaluation. Consultation with attorneys, court testimony.

### CERTIFICATIONS

Licensed Psychologist, State of Pennsylvania Number PS-001778-L.

Certified as an Instructor by the Municipal Police Officers' Education and Training Commission, Number MPI 1759.

Diplomate, American Board of Forensic Psychology, 1979; past Chairperson of the Board's Continuing Education Committee; 1979-81; Examiner for the Board, 1979-present; Regional Examination Chairperson, Northeastern U.S., 1982-83.

Diplomate, American Board of Professional Psychology, 1985.

Diplomate, American College of Forensic Examiners. Forensic Specialty in Neuropsychology, 1998.

### EDUCATION

9/59 - 6/63  University of Chicago, Chicago, Illinois, B.A. Psychology.
9/63 - 6/66  University of Iowa, Iowa City, Iowa, M.A., Ph.D., Clinical Psychology.
8/66 - 8/67  Post-Doctoral Internship, Norristown State Hospital, Norristown, PA.

**GERALD COOKE**         **CURRICULUM VITAE**         **PAGE 2**

## PROFESSIONAL MEMBERSHIPS

Fellow, American Academy of Forensic Psychology.
Member, American Psychological Association.
Charter Member, Division of Psychology and Law, American Psychological Association.
Past Member, American Psychological Association Committee on Legal Issues.
Member, Southeastern Pennsylvania Mental Health Association.
Member, Division of Children, Youth and Family Service, American Psychological Association.
Member, Subcommittee on the impact on the legal System on Women, Montgomery County Commission on Women.
Member, Division of Clinical Neuropsychology, American Psychological Association.

## GRANTS AND AWARDS

Visiting Scientist, American Psychological Association, 1972.

NIMH Small Grant MH22267-01, Analysis of the Non-Professional Therapist Program, 6/16/72 - 5/31/73.

NIMH Small Grant MH12195-02, Principal Investigator on a $9,000, three-year (1972-1975) grant to evaluate the Paraprofessional Training Program at the Salvation Army Harbor Light Alcohol Treatment Program, Detroit, MI. Three year continuing grant, 1975-1978.

Project Advisory Committee, $120,000 grant to the Forensic Sciences Foundation for a study of Utilization of Psychiatric and Psychological Assessments by Criminal Court Judges, 1980-1981.

Consultant, $57,000 NIMH Crime and Delinquency grant for training CMHC personnel in Forensic Psychiatry/Psychology, 1980-1982.

Meritorious Service Award, American Board of Professional Psychology, 1993.

### GERALD COOKE          CURRICULUM VITAE          PAGE 3

### PREVIOUS CLINICAL POSITIONS

| | |
|---|---|
| 1968 - 1971 | Research Consultant, Hermann Kiefer Hospital and Sinai Hospital, Detroit, MI. |
| 1970 - 1972 | Group Leader of Black-White encounter groups of Police Officers, Detroit Police Department. |
| 1972 - 1973 | Group Leader of encounter groups on White supervisors and Black "new hires" for Detroit Edison and Michigan Bell Telephone. |
| 1968 - 1973 | Consultant and Acting Director of Psychology, Center for Forensic Psychiatry, State of Michigan. |
| 1971 - 1973 | Consultant, V.A. Hospital, Allen Park, MI., Behavior Therapy, Forensic Psychology. |
| 1968 - 1974 | Private Practice, Detroit MI. |
| 1974 - 1975 | Psychological Consultant, State Correctional Institution at Graterford. |
| 1975 - 1977 | Clinical Evaluator of Juveniles for the Youth Services Bureau Project at the State Correctional Institution at Camp Hill. |
| 1971 - 1978 | Consultant, Detroit Salvation Army Alcohol Treatment Program. |
| 1973 - 1978 | Chief Forensic Psychologist, Norristown State Hospital, Norristown, PA. |
| 1974 - 1979 | Member of Norristown State Hospital Suicide Committee. |
| 1979 | Consultant to the National Center for Action on Institutions and Alternatives, Rikers Island, NY, Prison Complex, Investigation of Frequency, Causes and Prevention of Inmate Suicides |
| 1979 - 1980 | Consultant, Mental Health Advocates of PA. |
| 1978 - 1981 | Consultant, Norristown State Hospital Juvenile Forensic Unit. |
| 1982 - 1983 | Consultant, Institute of Pennsylvania Hospital Neuropsychological and Forensic Evaluation. |
| 1981 - 1985 | Affiliate Staff, Eugenia Hospital, Lafayette Hill, PA. Neuropsychological and Forensic Psychodiagnostic Evaluation. |
| 1982 - 1989 | Consultant, Insight Centers - Professional Rehabilitation Services, Psychological-Vocational Evaluation. |
| 1984 - 1988 | Consultant, Placement Services, Inc. - Professional Rehabilitation Services, Psychological-Vocational Evaluation. |
| 1989 | Off Campus Clinical Practicum Supervisor, Department of Psychology, Temple University. |
| 1993 - 1996 | Psychological Consultant, Joseph J. Peters Institute (Psychological evaluation of alleged sex abusers). |
| 1993 - 1997 | Consultant, Philadelphia City Solicitors Office/Police Department: Revision of Psychological Screening Process to eliminate adverse impact on minority group members. |
| 1979 - 1999 | Consultant, Norristown State Hospital Psychology Department - Forensic and Neuropsychological Evaluation; 1978 to present. |

**GERALD COOKE**  **CURRICULUM VITAE**  **PAGE 4**

## PREVIOUS TEACHING POSITIONS

| | |
|---|---|
| 1967 - 1973 | Assistant Professor of Psychology, Wayne State University, Detroit, MI. |
| 1976 | Instructional Consultant, Bucks Count Department of Mental Health, Crisis Intervention Training Program for Police. |
| 1978 - 1994 | Faculty, Continuing Education Program in Psychiatry. The Department of Psychiatry of the School of Medicine of the University of Pennsylvania. |
| 1975 - 1985 | Instructional Consultant, Temple University Center for the Administration of Justice. Selection and Training Programs for police departments; course in crisis intervention. |
| 1987 - 1996 | Lecturer in Law and Mental Health, Villanova University Law School. |

## CONTINUING EDUCATION

| | |
|---|---|
| 1993 | Treating Troubled Adolescents |
| 1994 | The Healing Brain |
| 1995 | Suicide Risk: Assessment and Response Guidelines; Old Loyalties, New Ties: Therapeutic Strategies with Step-Families |
| 1997 | Left Brain - Right Brain; The Myth of Repressed Memory; Tarasoff and Beyond; Trauma and Recovery |
| 1998 | Ethical Issues; Trauma Survival: Overcoming the Psychological Scarring; Current Risk Management and Ethical Issues in Psychology |
| 1999 | Testifying in Court; Ethics, Law and Psychology; Cybersex: The High Tech Sex Addiction |
| 2001 | Custody Evaluation; Risk Management |

**GERALD COOKE**　　　**CURRICULUM VITAE**　　　**PAGE 5**

## ARTICLES

1. Cooke, G. the Efficacy of Two Behavior Therapy Procedures: An Analogue Study. Behavior Research and Therapy, 1966, 4, 17-24.
2. Boxer, A., Sadoff, R., & Cooke, G. the Court and the State Hospital: Model for a Therapeutic Relationship, Mimeo, 1967.
3. Cooke, G. Evaluation of the Efficacy of the Components of Reciprocal Inhibition Psychotherapy. J. Abnorm. Psychology, 1968, 73, 464-467.
4. Cooke, G. The Court Study Unit: Patient Characteristics and Comparison of Patients Judged Competent and Incompetent. J. Clin. Psychology, 1969, 25, 140-143.
5. Chodorkoff, B. & Cooke, G. Development of an Inventory to Measure Psychosexual Development. Psychol. Reports, 1970, 27, 186.
6. Cooke, G. & Chodorkoff, B. The Reliability of Classification of Behaviors within Psychosexual Stages. Psychol. Reports, 1970, 26, 751-754.
7. Chodorkoff, B. & Cooke, G. The Attitudes of Medical Students Toward Mental Illness: An Abstract. Proceedings of the 10th Annual Conference on Medical Education, 1971, 183.
8. Cooke, G. & Jackson, N.L.P. Competency to Stand Trial: The Role of the Psychologist. Professional Psychology, 1971, 2, 373-376.
9. Cooke, G. & Robey, A. The MMPI: A Case Study in Dissimulation. J. Consult. Clin. Psychol., 1971, 36, 355-359.
10. Cooke, G., Johnston, N. and Pogany, E. Factors Affecting Referral to Determine Competency to Stand Trial. American Journal of Psychiatry, 1973, 130: 8, 870-875. Also in Messinger, et. al., (Eds) 1973 Crime and Justice Annual, Aldine, Chi.
11. Johnston, N. & Cooke, G. Relationship of MMPI Alcoholism, Prison Escape, Hostility Control and Recidivism to Clinical Judgements. Journal of Clinical Psychology, 1973, 29, 32-34.
12. Pierce, D., Cooke, G. & Frahm, P. Sort-Score Correlates of Schizophrenia. Journal of Personality Assessment, 1973, 37, 508-511.
13. Cooke, G., Pogany, E. & Johnston, N. A Comparison of Blacks and Whites Committed for Evaluation of Competency to Stand Trial on Criminal Charges. Journal of Psychiatry and Law, Fall, 1974, 319-337.
14. Wehmer, G., Cooke, G. & Gruber, J. Evaluation of the Effects of Training of Paraprofessionals in the Treatment of Alcoholism: A Pilot Study, British Journal of Addiction, 1974, 69, 33-39.
15. Cooke, G. Manual for the Use of the MMPI in the Correctional System, Mimeo, 1975.
16. Cooke, G. Basic Helping Techniques, Mimeo, 1975.

03/26/02 TUE 16:36 FAX 610 828 9464    Drs Cooke & Cooke                    ☒008
Case 2:02-cv-03594-JKG   Document 26-5   Filed 09/05/2003   Page 6 of 12

**GERALD COOKE**          **CURRICULUM VITAE**          **PAGE 6**

17. Cooke, G., Wehmer, G. & Gruber, J. Training Paraprofessionals in the treatment of Alcoholism: Effects on Knowledge, Attitudes, and Therapeutic Techniques. Journal of Studies on Alcohol, July, 1975, 36, (7), 938-948.
18. Cooke, G. & Sikorski, C. Factors Affecting Length of Hospitalization in Persons Adjudicated Not Guilty By Reason of Insanity. Bulletin of the American Academy of Psychiatry and Law. 1975, 2, 251-261.
19. Cooke, G. & Pogany E. The Influences on Judges' Sentencing Practices of a Mental Evaluation. Bulletin of the American Academy of Psychiatry and Law. 1975, 3, 245-251.
20. Gruber, J., Wehmer, G. & Cooke, G. Training Paraprofessionals in the Treatment of Alcoholism: Differences in Effects Due to Prior History of Alcohol and Drug Abuse. British Journal of Addiction, 1976, 71.
21. Cooke, G. & Thorwarth, C. Prediction of Elopement of Mentally Ill Offenders Using the MMPI. Criminal Justice and Behavior, 1978, 5, 151-157.
22. Cooke, G. Behavioral Treatment of Rapists. The Prison Journal, 1978, 58, 47-52. Reprinted in The Inventory of Marriage and Family Literature, St. Paul; University of Minnesota, Vol. 5, 1979.
23. Cooke, G. Training Police Officers to Handle Suicidal Persons, Journal of Forensic Sciences, 1979, 24, 227-233.
24. Cooke, G. The Role of the Psychologist in Evaluations of Criminal Competency and Responsibility, Clinical Psychology, Philadelphia Society of Clinical Psychologists, 1981.
25. Cooke, M. & Cooke, G. An Integrated Treatment Program for Mentally Ill Offenders: Description and Evaluation, International Journal of Offender Therapy and Comparative Criminology, 1982.
26. Male, T.C. & Cooke, G. The Psychologist and Joint Custody, in Pennsylvania Bar Institute, Custody Update: The New Shared Custody Act and New Custody Rules, Pennsylvania Bar Institute, 1982.
27. Dietz, P.E., Cooke, G., Rappeport, J.D. & Silvergleit, I.T. Psychojargon in the Psychological Report: Ratings by Judges, Psychiatrists and Psychologists, Behavioral Science and the Law, 1983.
28. Cooke, G. The Civil Competency Evaluation: Guidelines for Objective Assessment, American Journal of Forensic Psychology, 1985, 3, 10-20.
29. Cooke, G. Psychological Evaluations in Child Custody Cases, in Pennsylvania Bar Institute, Custody Update: Support, Witness and Discover, 1987.
30. Cooke, G. Psychological Evaluation in Child Custody Cases in Pennsylvania Bar Institute, Child Custody Litigation, Harrisburg, PA 1990.
31. Cooke, G. & Cooke, M. Dealing with sexual abuse allegations in the context of custody evaluation, American Journal of Forensic Psychology, 1991, 9, 1-13.
32. Cooke, G. Legal Regulation of Child Sexual Abuse Evaluation and Testimony, American Journal of Forensic Psychology, Vol. 10, #4, 1992.

03/26/02 TUE 16:36 FAX 610 828 9464    Drs Cooke & Cooke                                009
Case 2:02-cv-03594-JKG   Document 26-5   Filed 09/05/2003   Page 7 of 12

**GERALD COOKE**          **CURRICULUM VITAE**          **PAGE 7**

33. Cooke, G. Psychological Evaluation in Child Custody Cases, Pennsylvania Bar Institute, <u>Winning with Expert Witnesses and Discovery in Family Law Litigation</u>, Harrisburg, PA, 1994.
34. Cooke, G. The role of the mental health professional in harassment/ discrimination cases: A moderate perspective, <u>American Journal of Forensic Psychology</u>, Vol. 14, #2, 1996.
35. Cooke, G. Parricide, <u>Journal of Threat Assessment</u>, Vol. 1, 2000.

## BOOK CHAPTERS

1. Cooke, G. Behavior Therapy with Stutterers, in E. Anderson, <u>Treatment of the Young Stutterer</u>. Wayne State University Press, Detroit, Michigan, 1969.
2. Cooke, G. Psychological and Neuropsychological Evaluation. Chapter in <u>Psychic Injuries</u> (M.E. Lewis, R.L. Sadoff, Eds.) Courtroom Medicine, Vol. 12, Matthew Bender, New York, Second Edition, 1978. (Five Chapters in the 1979 reprinting.)
3. Cooke, G. Legal Issues, Chapter in G. Tyron, (Ed) <u>The Professional Practice of Psychology</u>, Ablex, Norwood, NJ., 1986.
4. Cooke, G. Forensic Psychology; Chapter in <u>Wiley Encyclopedia of Psychology</u>, R.J. Corsini (Ed.), Wiley, NY 1984.
5. Cooke, G. Forensic Psychology, Chapter in Cyril H. Wecht (Ed.) <u>Forensic Sciences</u>, Matthew Bender, NY 1984.
7. Cooke, G. Forensic Psychology, Chapter in Cullari, S. (Ed.) <u>Foundations of Clinical Psychology</u>, Allyn & Bacon, MA 1998.
8. Cooke, G. Forensic Psychology, Chapter in <u>The Corsini Encyclopedia of Psychology and Behavioral Science</u>, R.J. Corsini (Ed.), Wiley, NY 2000.
9. Cooke, G. Forensic Psychology, Chapter <u>Forensic Sciences</u>, Cyril H. Wecht (Ed.), Matthew Bender, NY 2000.
10. Cooke, G. Child Custody, Chapter in <u>Forensic Mental Health Assessment: A Casebook</u>, Kirk Heilbrun, Geff Marczyk, David DeMatteo (Eds), Oxford University Press, in press.

## BOOKS

1. Cooke, G. (Ed.) <u>The Role of the Forensic Psychologist</u>. Charles C. Thomas, Springfield, IL, 1980.

**GERALD COOKE**         **CURRICULUM VITAE**         **PAGE 8**

**BOOK REVIEWS**

1. Cooke, G. Book Review of Therapeutic Communities in Corrections by Hans Toch, in <u>The Journal of Psychiatry and Law</u>, Fall, 1981, 345-347.
2. Cooke, G. Book Review of Clinical Handbook of Psychiatry and the Law by Thomas G. Guthell and Paul S. Appelbaum in <u>The Journal of Psychiatry and Law</u>, Summer, 1984, 285-288.
3. Cooke, G. Book Review of Advances in Forensic Psychology and Psychiatry, Vol. I, in <u>The Journal of Psychiatry and Law</u>, 1986.
4. Cooke, G. Book Review of Custody Disputes: Evaluation and Intervention, Edited by Ruth S. Parry, et al., in <u>The Journal of Psychiatry and Law</u>, Summer, 1987, 307-310.
5. Cooke, G. Book Review of Handbook of Forensic Psychology, Edited by Irving B. Weiner and Allen K. Hess, in <u>Contemporary Psychiatry</u>, 1988, <u>7</u>, 1, 64-66.
6. Cooke, G. Book Review of Evaluating Children for the Courts Using Psychological Tests, Edited by Stanley Kissel and Nelson W. Freeling, in <u>The Journal of Psychiatry and Law</u>, Winter 1990. 453-457.
7. Cooke, G. Book Review of Assessment and Prediction of Suicide by Ronald W. Maris, et al., in <u>The Journal of Psychiatry and Law</u>, Spring 1994.
8. Cooke, G. Book Review of The Violence Prediction Scheme: Assessing Dangerousness in High Risk Men by C. D. Webster, et. al., <u>The Journal of Psychiatry and Law</u>, Spring 1996.

**EDITORIAL CONSULTATION**

Editorial Consultant, <u>Journal of Abnormal Psychology</u>, 1972-1973.
Consulting Reader, <u>Psychological Reports</u>, 1975.
Consulting Reader, <u>Journal of Studies on Alcohol</u>, 1975-1979.
Editorial Consultant, <u>Criminal Justice and Behavior</u>, 1976.
Subcommittee for Paper Selection, Eastern Psychological Association Convention, 1978.
Editorial Consultant, <u>American Psychologist</u>, 1979, 1980, 1982, 1987.
Consulting Reader, <u>Journal of Consulting and Clinical Psychology</u>, 1986.

**CONVENTION PRESENTATIONS, GUEST LECTURES, AND CONSULTS**

Cooke, G. University of Pennsylvania Center for Studies in Social-Legal Psychiatry: Psychological testing in forensic cases, 1973-1977, 1982; Psychological & Neuropsychological Evaluation in forensic cases, 1992.
Cooke, G. Forensic Psychology, Beaver College, 1973-1975.

**GERALD COOKE**         **CURRICULUM VITAE**         **PAGE 9**

Cooke, G. Evaluation of Competency to Stand Trial, St. Elizabeth's Hospital Federal Forensic Unit, Washington, DC, 1974.

Cooke, G. Psychological Testing in Forensic Cases, Villanova University Law School, 1975, 1984-1986.

Cooke, G. Philadelphia State Hospital Forensic Unit, Forensic Evaluations, 1975, 1982, 1983.

Cooke, G. Forensic Psychology, Swarthmore College, 1976.

Cooke, G. The Role of the Psychologist in Criminal Court Proceedings, Presented at the American Psychological Association Convention, Washington, D.C., 1976.

Cooke, G. The Role of the Forensic Psychologist in the Evaluation and Treatment of Offenders, Presented at the Pennsylvania Psychological Association Convention, October, 1977.

Cooke, G. Forensic Evaluations, Temple University Medical School, 1977.

Cooke, G. Psychological Evaluation in Forensic Cases, University of Pennsylvania Law School, 1977-1980.

Cooke, G. Testimony before the Governor's Task Force on Maximum Security Psychiatric Care, 1977.

Cooke, G. Forensic Psychological Evaluation, Bucks County Bar Association, 1977.

Cooke, G. Behavioral Treatment of Rapists, Presented at the Conference, The Faces of Rape, January, 1978, Philadelphia.

Chairperson and Discussant: Panel on Forensic Criminal Psychology, Eastern Psychological Association Convention, Washington, D.C., March 1978.

Cooke, G. The Prediction of Dangerous Behavior, Presented at the Pennsylvania Psychological Association Convention, June, 1978, Lancaster, Pennsylvania. (Also participated as expert witness in a mock trial.)

Mugrauer, W. and Cooke, G. Crisis Intervention Training for Police Officers, Conference on Violence in the Family, Atlantic County Community College, NJ, August, 1978.

Mugrauer, W. and Cooke, G. Crisis Intervention Training for Police Officers, Police Training Conference, Pomona, NJ, September, 1978.

Cooke, G. The Role of the Expert Witness; Screening for Competency to Stand Trial, Presented at the Philadelphia Society of Clinical Psychologists Continuing Professional Education Program, December, 1978.

Cooke, G. Wernersville State Hospital, Forensic Evaluations, 1978, 1983, 1991; Assessment and Prevention of Suicides Among Mental Hospital Patients, 1986.

Cooke, G. Forensic Criminal Evaluations and Testimony, Allentown State Hospital, 1978, 1981, 1987.

Cooke, G. Evaluation of Civil Competency under the Vecchione Decision, Presented at the Vecchione Workshop of the Philadelphia Bar Association, Philadelphia, May, 1979.

Cooke, M.K., and Cooke, G. An Integrated Treatment Program for Mentally III Offenders: Description and Evaluation, American Psychological Association Annual Convention, New York, 1979.

**GERALD COOKE**          **CURRICULUM VITAE**          **PAGE 10**

Cooke, G. Follow-up of Criminal Status of Persons Evaluated for Criminal Competence, American Psychological Association Annual Convention, New York, 1979.

Cooke, G. and Lewinn, L. Presentation of Psychological Evidence in Criminal Court Cases, Presented at the Fall Conference of the Pennsylvania Psychological Association, 1979.

Cooke, G. Assessing Civil Competency, Philadelphia Bar Association, 1979.

Cooke, G. Psychological Evaluation in Personal Injury Cases, Philadelphia Association of Insurance Claims Processors and Adjustors, 1979.

Cooke, G. Presentation on Mental Illness, Philadelphia Bar Association Training Seminar on Mental Disabilities, Philadelphia, March, 1980.

Cooke, G. Crisis Intervention, Monroe-Carbon-Pike Counties MH/MR, 1980.

Cooke, G. Forensic Psychological Evaluations, Northampton County MH/MR, 1980.

Cooke, G. Community Services Institute, The New Insanity Legislation, 1980; Treatment of Mentally Ill Offenders, 1983.

Mugrauer, W. and Cooke, G. Crisis Intervention Training for Police Officers, at the Conference on Violence and Abuse in the Family, Mt. Holly, NJ, April, 1981.

Cooke, G., Mullen, J., and Olsson, J. Utilization of Psychiatric and Psychological Assessments by Criminal Court Judges: Description of the Project, Methodology, and Preliminary Results, Presented at the American Psychology-Law Society Convention, 1981, Cambridge, MA.

Cooke, G. Forensic Evaluation, Veterans Administration Hospital Out-Patient Clinic, Philadelphia, 1981.

Cooke, G. Forensic Evaluation, Clarke Summit State Hospital, 1981.

Cooke, G. Forensic Evaluation and Treatment, Privilege, Abington Hospital, 1981.

Cooke, G. Psychological Evaluation in Custody Cases, Pennsylvania Bar Association Program on Shared Custody, 1982, Philadelphia, PA.

Cooke, G. Forensic Criminal Evaluation and Testimony, Harrisburg State Hospital, 1982, 1987, 1988.

Cooke, G. Philadelphia Psychiatric Center, Forensic Evaluation, 1982, 1983; Neuropsychology as a Contribution to Critical Diagnosis, 1987.

Cooke, G. Forensic and Neuropsychological Evaluation, Pennsylvania Hospital, 1982.

Cooke, G. Pennsylvania Bar Institute, Workshops on the New Shared Custody Act, 1982; Psychological Evaluation in Child Custody Cases, 1990.

Cooke, G. Coatesville VA Hospital, Forensic Psychology, 1983; Forensic Assessment and Issues with Aggressive Patients, 1987; Forensic Issues in the Treatment of Personality Disorders, 1996.

Cooke, G. Forensic Evaluation, Pennsylvania Association on Probation, Parole and Corrections Annual Meeting, 1983.

Cooke, G. Forensic Evaluation, Philadelphia Society for Clinical Psychologists, 1984.

Cooke, G. Forensic Evaluation, St. Joseph's University, 1984.

Cooke, G. Forensic Neuropsychological Evaluation, Jefferson Medical College, 1985.

Cooke, G. New Jersey Trial Lawyers Association, Psychological Evaluation of Psychic Injuries, 1985.

**GERALD COOKE**          **CURRICULUM VITAE**          **PAGE 11**

Cooke, G. Psychological Screening of Applicants, Montgomery County Police Chiefs' Association, 1985.

Cooke, G. Evaluation of Allegations of Child Sexual Abuse in Child Custody Cases, American Academy of Psychiatry and the Law Annual Convention, 1986, Philadelphia, PA.

Cooke, G. Mental Health Professionals and the Criminal Justice System, Norristown State Hospital, 1986.

Cooke, G. and Nicholas, W.T. Can Forensic Mental Health Professionals Be Friends of the Court? Lenape Valley Foundation Conference, 1987, Valley Forge, PA.

Cooke, G. Psychological Evaluations in Child Custody Cases, Pennsylvania Bar Institute Family Law Seminar, 1987, Philadelphia, PA.

Cooke, G. Psychological Evaluations in Child Custody Cases, Pennsylvania Bar Institute Family Law Seminar, 1987, Harrisburg, PA.

Cooke, G. Psychological Evaluations in Child Custody Cases, Pennsylvania Bar Institute Family Law Seminar, 1987, Pittsburgh, PA.

Cooke, G. Cross-Examination of Mental Health Experts in Child Custody Cases, Invited Presentation, Family Law Section, 1988, Annual Philadelphia Bench/Bar Conference, Washington, DC, 1988.

Cooke, G. Criminal Evaluations for the Court, Haverford State Hospital, 1988.

Cooke, G. Forensic Psychology, Temple University Graduate Department of Psychology, 1989.

Cooke, G. Psychological Evaluation in Child Custody Cases, Pennsylvania Bar Institute Family Law Seminar, 1990, Pittsburgh, PA.

Cooke, G. Psychological Evaluation in Child Custody Cases, Pennsylvania Bar Institute Family Law Seminar, 1990, Philadelphia, PA.

Cooke, G. Psychological Evaluation in Child Custody Cases, Pennsylvania Bar Institute Family Law Seminar, 1990, Harrisburg, PA.

Cooke, G. Family Law Section, Psychologists Forum, Panel Member, Chester County Bar Association, 1991, West Chester, PA.

Cooke, G. Psychological Issues for Clients in Custody Cases, Member of a panel presentation to the American Academy of Matrimonial Lawyers, Summer Program, 1992, Hershey, PA.

Cooke, G. Anatomy of a Child Custody Case, Panel member for Family Law Practicum, Montgomery County Bar Association, 1992, Norristown, PA.

Cooke, G. Psychological and Neuropsychological Evaluation in Forensic Cases, University of Pennsylvania Department of Psychiatry, 1992.

Cooke, G. Recognition and Prevention of Suicide in County jails, Chester County Prosecutor's Office Training Seminar for County Police Departments, 1992.

Cooke, G. Family Law Section Psychologists Forum, Panel member, Chester County Bar Association, 1992, West Chester, PA.

Sadoff, R. and Cooke, G. Forensic Psychiatry and Psychology, Norristown State Hospital, 1993.

Cooke, G. St. Joseph's University, Graduate Department of Criminal Justice, Psychological and Neuropsychological Evaluation in Forensic Cases, 1993.

**GERALD COOKE**     **CURRICULUM VITAE**     **PAGE 12**

Cooke, G. Forensic Psychology and Child Custody Evaluation, University of Pennsylvania Law School, Law Clinic, 1993.

Sadoff, R., Cooke, G., and Poplar, C. The use of Forensic Experts at Trial (including child sex abuse cases), Association of Trial Lawyers of America, NJ - Boardwalk Seminar, 1994, Atlantic City, NJ.

Cooke, G. Winning With an Expert Witness, and Discovery in Family Law Litigation, Pennsylvania Bar Institute Family Law Seminar, 1994, Philadelphia and Harrisburg, PA.

Cooke, G. Custody Recommendations When There Has Been Domestic Violence Between The Parents, House Republican Policy Committee's Children and Family Task Force Sub-Committee on Protecting Children from Sex Offenders and Family Violence, 1994, Plymouth Meeting, PA.

Cooke, G. The Use of Forensic Experts at Trial, The Association of Trial Lawyers of America - NJ, Boardwalk Seminar, Atlantic City, NJ, 1994.

Cooke, G. Interviewing Children in Sex Abuse Cases, Pennsylvania Criminal Trial Lawyers Association, 1996, Bethlehem, PA.

Cooke, G. Pennsylvania Bar Institute, Unhinging Custody and Vocational Experts: Preparing Cross on Topics of Expert, Ethical and Methodological Standards, 1996, Philadelphia, PA.

Cooke, G. Proving or Disputing the Head Injury Claim, Atlantic County Bar Association Litigation Skills Seminar, 1996.

Cooke, G. Forensic Psychology, Widener University Institute for Graduate Clinical Psychology, 1997 & 1999.

Cooke, G. Seminar: Defending the Difficult Damages Case: Medical & Legal Perspectives, Presentation on Neuropsychological Evaluation, 1998.

Cooke, G. Guest Lecturer at Rosemont College: Evaluations of Persons Charged with Crimes, 1998.

Cooke, G. Ethics, Law and Psychology, Coatesville Veterans Administration Hospital, 1999.

Cooke, G. Invited Participant in Presentation by Inn of Court, Lehigh County Bar Association, Allentown, PA: Evaluation of Child Sexual Abuse Allegations in Custody Cases, 2000.

Cooke, G. Guest Lecturer at Widener University: Evaluations in Employment Cases, (Harassment, Discrimination, Retaliation), 2001.

Cooke, G. Guest Lecturer at Rosemont College: Presentation on Insanity, 2001.
Cooke, G. Guest Lecturer at Temple University School of Law: Forensic Psychology, 2001.

(Revised 1/2002)