# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs,** | : : | |
| v. | : : | **(GARDNER)** |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, C. WILLIS HERR, RICHARD L. FRERICHS, JEFFERY E. LYON, PATRICK T. KLINE, DONALD H. ANDERSON, H. THOMAS HERR, KELLY K. WITHUM, DONNA WERT, JEFFREY G. KREIDER, DOLORES WARFEL, and STEVE SKROCKI,** each individually and as members/officers of the Penn Manor School Board**, AND GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this _____ day of _____, 2003, on motion of the Defendants, it is ORDERED that:

1. The Plaintiff, Joshua Shuman, submit to a mental examination by Gerald Cooke, Ph.D., Clinical and Forensic Psychology, Licensed Psychologist, 4 East Germantown Pike, Plymouth Meeting, PA 19462, of the following nature and to the following extent:

2. The examination shall be conducted at Dr. Cooke's office at 4 East Germantown Pike, Plymouth Meeting, PA 19462, at a mutually agreeable date and time prior to the conclusion of discovery on October 31, 2003.

3. Dr. Cooke shall report the results of the examination in writing in a detailed report setting out his findings and conclusions by December 1, 2003 and, on that date, the Defendants shall deliver a copy to the Plaintiff.

5. The expenses of such examination shall be borne by the Defendants.

**BY THE COURT:**

_____
GARDNER, J.