```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor, by        )
and through his Mother and        )   Civil Action
Natural Guardian,                 )   No. 02-CV-03594
TERESA SHERTZER; and              )
TERESA SHERTZER, Individually,    )
                                  )
                Plaintiffs        )
                                  )
          vs.                     )
                                  )
PENN MANOR SCHOOL DISTRICT;       )
PENN MANOR SCHOOL BOARD;          )
C. WILLIS HERR,                   )
RICHARD L. FRERICHS,              )
JEFFREY E. LYON,                  )
PATRICK T. KLINE,                 )
DONALD H. ANDERSON,               )
H. THOMAS HERR,                   )
KELLY K. WITHUM,                  )
DONNA WERT,                       )
JEFFREY G. KREIDER,               )
DOLORES WARFEL,                   )
STEVE SKROCKI, each Individually  )
and as Members/Officers of the    )
Penn Manor School Board;          )
GARY B. CAMPBELL, Individually    )
and as Superintendent of the      )
Penn Manor School District;       )
DONALD STEWART, Individually      )
and as Acting Superintendent of   )
the Penn Manor School District;   )
JANICE M. MINDISH, Individually   )
and as Principal of Penn Manor    )
High School of the Penn Manor     )
School District;                  )
BRIAN D. BADDICK, Individually    )
and as Assistant Principal of     )
Penn Manor High School of the     )
Penn Manor School District;       )
PHILIP B. GALE, Individually      )
and as Dean of Students of        )
Penn Manor High School of the     )
Penn Manor School District; and   )
CAROLE FAY, Individually          )
and as a Teacher and              )
Agriculture Coordinator at        )
Penn Manor High School of the     )
Penn Manor School District,       )
                                  )
                Defendants        )
```

O R D E R

NOW, this 11th day of September, 2003, upon consideration of Defendants' Motion for Mental Examination filed September 5, 2003;

IT IS ORDERED that defendants' motion is denied without prejudice to proceed as indicated below.

IT IS FURTHER ORDERED that the parties may bring this discovery dispute to the attention of United States Magistrate Judge Arnold C. Rapoport by letter or other informal means as directed by the Standing Order of the undersigned dated January 2, 2003.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge