IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
JOSHUA SHUMAN, et al                :
          Plaintiffs,               :
                                    :
     v.                             :      No. 02-3594
                                    :
PENN MANOR SCHOOL DISTRICT, et al   :
          Defendants.               :
```

### ORDER

AND NOW, this     day of September, 2003, after review of the Plaintiffs letter notification of September 17, 2003, that Olivia Becker failed to appear for a deposition, it is hereby ORDERED that **Olivia Becker**, shall appear for a deposition on **Wednesday, October 7, 2003, at 2:45 p.m.** at the Administration Conference Room, Penn Manor High School, 100 East Cottage Avenue, Millersville, PA, 17551.  **Failure to comply with this Order will result in the issuance of a Rule to Show Cause why sanctions should not be imposed for contempt of the Order of this Court.**

BY THE COURT:

_____
ARNOLD C. RAPOPORT
United States Magistrate Judge

cc: Olivia R. Becker
    22 A. Nolt Avenue
    Willow Street, PA 17584