```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, et al            :
            Plaintiffs,         :
                                :
      v.                        :      No. 02-3594
                                :
PENN MANOR SCHOOL DISTRICT, et al :
            Defendants.         :
```

## ORDER

AND NOW, this      day of September, 2003, after a telephone conference with Counsel, it is hereby ORDERED that Joshua Shuman shall appear for a mental examination before Defendant's psychologist, Gerald Cooke, in Plymouth Meeting, Pennsylvania.  Mr. Shuman shall appear on the date and time to be noticed by Defendant.

                                        BY THE COURT:


                                        _____
                                        ARNOLD C. RAPOPORT
                                        United States Magistrate Judge