```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor by and       )
through his mother and natural      )   Civil Action
guardian, TERESA SHERTZER, and      )
TERESA SHERTZER,                    )   No. 02-CV-03594
                                    )
              Plaintiffs,           )
                                    )
     v.                             )
                                    )
PENN MANOR SCHOOL DISTRICT,         )
PENN MANOR SCHOOL BOARD,            )
C. WILLIS HERR,                     )
RICHARD L. FRERICHS,                )
JEFFREY E. LYON, PATRICK T. KLINE,  )
DONALD H. ANDERSON, H. THOMAS HERR, )
KELLY K. WITHUM, DONNA WERT,        )
JEFFREY G. KREIDER,                 )
DOLORES WARFEL, STEVE SYROCKI,      )
each individually and as            )
members/officers of the             )
Penn Manor School Board,            )
GARY B. CAMPBELL, individually      )
and as Superintendent of the        )
Penn Manor School District,         )
DONALD STEWART, individually        )
and as Acting Superintendent of     )
the Penn Manor School District,     )
JANICE M. MINDISH, individually     )
and as Principal of Penn Manor      )
High School of the                  )
Penn Manor School District,         )
BRIAN D. BADDICK, individually      )
and as Assistant Principal of the   )
Penn Manor High School of the       )
Penn Manor School District,         )
PHILIP B. GALE, individually        )
and as Dean of Students of the      )
Penn Manor High School of the       )
Penn Manor School District,         )
CAROLE FAY, individually and as a   )
Teacher and Agriculture             )
Coordinator of the Penn Manor       )
High School of the                  )
Penn Manor School District,         )
                                    )
              Defendants.           )
```

O R D E R

NOW, this 6th day of November, 2003, upon consideration of the joint Stipulation to Dismiss the Individual Members of the Penn Manor School Board Sued in Their Individual Capacities, received by the court on November 3, 2003; it appearing that the parties agree to the dismissal of all of plaintiffs' claims against defendants C. Willis Herr, Richard L. Frerichs, Jeffrey E. Lyon, Patrick T. Kline, Donald H. Anderson, H. Thomas Herr, Kelly K. Withum, Donna Wert, Jeffrey G. Kreider, Dolores Warfel, and Steve Skrocki in their individual capacities; it further appearing that by Order dated June 24, 2003 this court previously dismissed all of plaintiffs' claims against defendants C. Willis Herr, Richard L. Frerichs, Jeffrey E. Lyon, Patrick T. Kline, Donald H. Anderson, H. Thomas Herr, Kelly K. Withum, Donna Wert, Jeffrey G. Kreider, Dolores Warfel, and Steve Skrocki in their official capacities,

IT IS ORDERED that the stipulation is approved and entered as an Order of court.

  <u>IT IS FURTHER ORDERED</u> that Plaintiffs' Complaint is dismissed as against defendants C. Willis Herr, Richard L. Frerichs, Jeffrey E. Lyon, Patrick T. Kline, Donald H. Anderson, H. Thomas Herr, Kelly K. Withum, Donna Wert, Jeffrey G. Kreider, Dolores Warfel, and Steve Skrocki.

          BY THE COURT:


          _____
          James Knoll Gardner
          United States District Judge