## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs** | : : | |
| **v.** | : : | **(GARDNER)** |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND** **DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND** **JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND** **BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND** **PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND** **CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants** | : | |

**DEFENDANTS, PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL, DONALD STEWART, JANICE M. MINDISH, BRIAN D. BADDICK, PHILIP GALE, AND CAROLE FAY'S**

## CERTIFICATE OF SERVICE

I, Jason R. Wiley, Esquire, hereby certify that the attached Defendants, Penn Manor School District, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay's Motion for Summary Judgement and Brief in Support thereof were served *via* first class mail, postage prepaid, upon the following:

Deirdre A. Agnew, Esquire
Goshen Executive Center, Bldg 400A
1450 East Boot Road
West Chester, Pennsylvania  19380


SWEET, STEVENS, TUCKER & KATZ LLP


Date: <u>December 15, 2003</u>     By:_____ /s/ Jason R. Wiley_____
Ellis H. Katz, Esquire, Atty I.D. # 34835
Jason R. Wiley, Esquire, Atty I.D. #79874
331 Butler Avenue, P. O. Box 5069
New Britain, Pennsylvania  18901

Attorneys for Defendants