## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually : : : : : | CIVIL ACTION NO. 02-CV-3594 |
| **Plaintiffs** : | |
| v. : | (GARDNER) |
| : | |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND** **DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND** **JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND** **BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND** **PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND** **CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this _____ day of _____, 2004, after consideration of

the Defendants' Motion for Summary Judgment and Brief in Support thereof, and Plaintiffs'

response thereto, it is hereby ORDERED and DIRECTED that judgement is entered in favor of the Defendants as a matter of law.

**BY THE COURT**:

_____
**JAMES KNOLL GARDNER
UNITED STATES DISTRICT JUDGE**