```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor by and      )
through his mother and natural     )   Civil Action
guardian, TERESA SHERTZER, and     )
TERESA SHERTZER,                   )   No. 02-CV-03594
                                   )
            Plaintiffs,            )
                                   )
     v.                            )
                                   )
PENN MANOR SCHOOL DISTRICT,        )
PENN MANOR SCHOOL BOARD,           )
C. WILLIS HERR,                    )
RICHARD L. FRERICHS,               )
JEFFREY E. LYON, PATRICK T. KLINE, )
DONALD H. ANDERSON, H. THOMAS HERR,)
KELLY K. WITHUM, DONNA WERT,       )
JEFFREY G. KREIDER,                )
DOLORES WARFEL, STEVE SYROCKI,     )
each individually and as           )
members/officers of the            )
Penn Manor School Board,           )
GARY B. CAMPBELL, individually     )
and as Superintendent of the       )
Penn Manor School District,        )
DONALD STEWART, individually       )
and as Acting Superintendent of    )
the Penn Manor School District,    )
JANICE M. MINDISH, individually    )
and as Principal of Penn Manor     )
High School of the                 )
Penn Manor School District,        )
BRIAN D. BADDICK, individually     )
and as Assistant Principal of the  )
Penn Manor High School of the      )
Penn Manor School District,        )
PHILIP B. GALE, individually       )
and as Dean of Students of the     )
Penn Manor High School of the      )
Penn Manor School District,        )
CAROLE FAY, individually and as a  )
Teacher and Agriculture            )
Coordinator of the Penn Manor      )
High School of the                 )
Penn Manor School District,        )
                                   )
            Defendants.            )
```

<u>O R D E R</u>

NOW, this 23rd day of December, 2003, upon consideration of the Stipulation for Extension of Time to Respond to Defendants' Motion for Summary Judgment received December 16, 2003; it appearing that the parties have agreed that plaintiffs may respond to defendants' motion for summary judgment on or before January 9, 2004,

<u>IT IS ORDERED</u> that the stipulation is approved and entered as an Order of court.

<u>IT IS FURTHER ORDERED</u> that plaintiff shall have until on or before January 9, 2004 in which to file a response to defendants' motion for summary judgment.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge