IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

　　　Plaintiffs, Joshua Shuman and Teresa Shertzer, by and through their authorized counsel of record, Deirdre A. Agnew, Esquire, respond to Defendants' Motion for Summary Judgment as set forth in the accompanying Brief. Plaintiffs incorporate herein and respectfully refer this

Court to the attached Brief in Opposition to Defendants' Motion for Summary Judgment, as well as the entire record herein.

```
                        BY:_____
                            DEIRDRE A. AGNEW, ESQUIRE
                            Attorney for Plaintiffs

                            Goshen Executive Center
                            Building 400A
                            1450 East Boot Road
                            West Chester, PA  19380
                            (610) 738-4800
                            FAX (610) 738-4898
```