## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs,** | : : | |
| v. | : : | **(GARDNER)** |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, AND **DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District AND **JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, AND **BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, AND **PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, AND **CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this          day of                              , 2004, upon consideration of Defendants, Penn Manor School District, Penn Manor School Board, Gary B. Campbell, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay, Motion for Leave to File a Reply Brief in Support of Defendants' Motion for Summary Judgment, it is hereby ORDERED and DECREED that said Motion is granted and the Reply Brief attached as

2

Exhibit "A" to the Defendants' Motion for Extension of Time to File a Reply Brief is deemed filed as of the date of this Order.

BY THE COURT:

_____
Gardner, J.