```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor by and        )
through his mother and natural       )   Civil Action
guardian, TERESA SHERTZER, and       )
TERESA SHERTZER,                     )   No. 02-CV-03594
                                     )
              Plaintiffs,            )
                                     )
     v.                              )
                                     )
PENN MANOR SCHOOL DISTRICT,          )
PENN MANOR SCHOOL BOARD,             )
C. WILLIS HERR,                      )
RICHARD L. FRERICHS,                 )
JEFFREY E. LYON, PATRICK T. KLINE,   )
DONALD H. ANDERSON, H. THOMAS HERR,  )
KELLY K. WITHUM, DONNA WERT,         )
JEFFREY G. KREIDER,                  )
DOLORES WARFEL, STEVE SYROCKI,       )
each individually and as             )
members/officers of the              )
Penn Manor School Board,             )
GARY B. CAMPBELL, individually       )
and as Superintendent of the         )
Penn Manor School District,          )
DONALD STEWART, individually         )
and as Acting Superintendent of      )
the Penn Manor School District,      )
JANICE M. MINDISH, individually      )
and as Principal of Penn Manor       )
High School of the                   )
Penn Manor School District,          )
BRIAN D. BADDICK, individually       )
and as Assistant Principal of the    )
Penn Manor High School of the        )
Penn Manor School District,          )
PHILIP B. GALE, individually         )
and as Dean of Students of the       )
Penn Manor High School of the        )
Penn Manor School District,          )
CAROLE FAY, individually and as a    )
Teacher and Agriculture              )
Coordinator of the Penn Manor        )
High School of the                   )
Penn Manor School District,          )
                                     )
              Defendants.            )
```

O R D E R

NOW, this 21st day of January, 2004, upon consideration of the Motion of Defendants, Penn Manor School District, Penn Manor School Board, Gary B. Campbell, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay's, for Leave to File Reply Brief in Support of Defendants' Motion for Summary Judgment filed January 19, 2004,

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall file Defendants, Penn Manor School District, Penn Manor School Board, Gary B. Campbell, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay's, Reply Brief in Support of Their Motion for Summary Judgment, which reply brief is attached as Exhibit A to defendants' motion.

BY THE COURT:

James Knoll Gardner
United States District Judge