IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : : | |
| | : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs** | : : | |
| v. | : | **(GARDNER)** |
| | : | |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND** **DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND** **JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND** **BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND** **PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND** **CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants** | : | |

# **ORDER**

AND NOW, this _____ day of _____, 2004, after consideration of the Defendants' Motion in Limine to Preclude the Report and Testimony of Edward F. Dragan, Ed.D., and Brief in Support thereof, and Plaintiffs' response thereto, it is hereby ORDERED and

DIRECTED that Plaintiffs are precluded from presenting the report, supplemental report, and testimony of Edward F. Dragan, Ed.D., at the time of trial.

**BY THE COURT**:

_____
**JAMES KNOLL GARDNER**
**UNITED STATES DISTRICT JUDGE**