# RESUME OF

## HUBERT R. WOOD
## 7 NETTIE LANE
## LANCASTER, PA 17603
## (717) 872-1838

## EXPERIENCE

**Life Span Psychological Services, Willow Street, PA**
November 1996 - Present Full Time
June 1995 -October 1996 Part Time

As a Psychotherapist, my responsibilities include individual, group and family therapy with adolescents and adults. Problems treated include Adjustment Disorders, ADHD, Conduct Disorders, Anxiety Disorders, Impulse Control Disorders, Personality Disorders, Self-esteem issues, Family problems, Oppositional Defiant Disorders, Mood Disorders, Marital Problems, Occupational Issues, Grief Issues and Career Choices.

**St. Joseph Hospital, Lancaster, PA - Adolescent Mental Health Unit/Partial Program**
1995- 1996

As a Clinical Therapist, my responsibilities included leading group therapy and educational groups, individual and family therapy, development and implementation of treatment plans, managing milieu and discharge planning. Additional responsibilities include unit committees, development of an adolescent partial hospitalization program and evening intensive outpatient program.

**Community Hospital of Lancaster - Mental Health Unit**
1994-1995

As a Mental Health Technician, responsibilities included assessing and evaluating patients needs, developing treatment plans, counseling patient in one-on-one and therapeutic group settings and the documentation of patient progress.

**Office of Special Offenders Services, Co-Director and Adult/Juvenile Probation Officer**
1976- 1993

Responsibilities included program development and inter-agency coordination, grant writing, public relations and direct client contact. Training was provided to professionals on local, state and national levels. Clients involved were those with mental retardation and mental illness. Client supervision was intensive and goal-directed.

**Resume - Hubert R. Wood**
**p. 2**

## PUBLICATIONS

**1986 The Prison Journal,** September. 65 (1) 77-84. White, D. L. Wood, H. R. (1986)
    Lancaster County, Pennsylvania, Mentally Retarded Offenders Program.

**1988 Mental Retardation and Mental Health: Classification Diagnosis Treatment Services.**
New York, Springler/Vertag, Stack, J.A., Menolascino, F. J., Albarelli, M. H.,
    Gray, V. C. (Eds.), 1988.

**1992 The Criminal Justice System and Mental Retardation: Defendants and Victims.**
    Baltimore. Paul H. Brookes.

## EDUCATION

1976 Millersville State College
    B. A. Liberal Arts, Psychology

1987 Millersville University
    M. S. Psychology

## LICENSURE

PA License Professional Counselor  - License #PC002382

## PROFESSIONAL MEMBERSHIPS

American Psychological Association

PA Psychological Association

Lancaster-Lebanon Psychological Association

National Association of Masters Psychologists

## REFERENCES

Available upon request

(Rev. 9/02)