IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　　Plaintiffs,<br><br>v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

## PLAINTIFFS' PROPOSED VOIR DIRE QUESTIONS

1. Does any member of the panel have children? If so, please state ages.

2. Does anyone have children who are attending or who have attended public high school?

3. Does anyone work, for compensation or as a volunteer, for a public school system or a private or parochial school now or in past? If so, when and in what capacity?

4. Does anyone have family or friends who work or have worked, for compensation or as a volunteer, for a public school system or a private or parochial school? If so, who, when, and in what capacity?

5. Does anyone work for the federal, state or local government now or in past? If so, when and in what capacity?

6. Does anyone have family or friends who work or have worked for the federal, state or local government? If so, who, when, and in what capacity?

7. Has anyone ever been disciplined while in school or anyone had family members disciplined while in school? If so, please provide (in brief) the nature of the offense, the disciplinary process you underwent, and the discipline handed down.

8. Has anyone ever had a child disciplined while in school? If so, please provide (in brief) the nature of the offense, the disciplinary process you and your child underwent, and the discipline handed down.

9. Has anyone ever served on a School Board? If so, when and in what capacity?

10. Does anyone have family or friends who have ever served on a School Board? If so, who, when and in what capacity?

11. Does anyone know any of the following witnesses in this case or had any contact with them or their families before:

    Joshua Shuman of Conestoga, PA
    Teresa and David Shertzer of Conestoga, PA
    Donald Stewart, Superintendent of Penn Manor School District in Lancaster, PA
    Janice Mindish, Principal of Penn Manor High School in Millersville, PA
    Brian Baddick, Asst Principal of Penn Manor High School in Millersville, PA
    Philip Gale, Asst Principal of Penn Manor High School in Millersville, PA
    Carole Fay, Teacher and Agricultural Coordinator at Penn Manor High School in
        Millersville, PA
    Herbert Henderson, II, Esquire, of Lancaster, PA
    Jay Shaiebly of Lancaster, PA
    Jeremy Fritsch of Conestoga, PA
    Shawn Bachman of Peach Bottom, PA
    Jennifer Nickle of Holtwood, PA
    Jeremy Appel of Conestoga, PA
    Zachary Rankin of Pequea, PA
    Steven Appel of Conestoga, PA
    Olivia Becker of West Willow, PA
    Thomas Becker of Willow Street, PA
    Hubert R. Wood, MS, LPC of Willow Street, PA
    Edward F. Dragan, Ed.D. of Lambertville, NJ
    Gerald Cooke, Ph.D. of Plymouth Meeting, PA

12. Does anyone know any of the attorneys involved in this case, or their law firms, or had any contact with them, including being represented by any of them or been involved with them as opposing counsel?

    Deirdre A. Agnew, Esquire – Law Offices of Deirdre A. Agnew
    Jason Wiley, Esquire – Sweet, Stevens, Tucker & Katz
    Ellis Katz, Esquire – Sweet, Stevens, Tucker & Katz

13. Is anyone in the legal profession or have family or friends in the legal profession? If so, who, when and in what capacity?

14. Is anyone involved with counseling others, either as a profession or otherwise, now or in the past? If so, when and in what capacity?

15. Does anyone have family or friends who are or were involved with counseling others, either as a profession or otherwise? If so, who, when and in what capacity?

16. Has anyone been involved in a lawsuit before? If so, what was the nature of the suit, which side were you on and did you go to trial?

17. Has anyone had close friends or family involved in a lawsuit before? If so, what was the nature of the suit, which side were they on and did it go to trial?

18. Has anyone, including your family and friends, ever sued or been sued in a civil rights case? If so, what type of rights were involved, which side were you or they on and did the case go to trial?

19. Does everyone believe that a person is entitled to have their constitutional rights protected and if violated, that they are entitled to compensation for that violation?

20. Does anyone have any problem hearing the facts and, if the facts show that a School District, its officials, its administrators or its teachers acted inappropriately, finding that person or entity responsible and awarding damages against them?

21. Does anyone have a problem awarding Joshua Shuman and Teresa Shertzer damages for pain and suffering if the evidence warrants it?

22. Has anyone ever suffered an emotional or other injury before? If so, when and what type of injury?

23. Has anyone, including any of your close friends and family, ever had any contact with or ever been involved with Penn Manor School District in Lancaster, PA, or Penn Manor High School in Millersville, Lancaster County, PA? If so, when and what was the nature of the contact or involvement?

24. Has anyone ever been falsely accused of something you did not do?  If so, when, by whom, and what were the circumstances?

                                       Respectfully submitted,

                                       BY:      /s/ Deirdre A. Agnew
                                              DEIRDRE A. AGNEW, ESQUIRE
                                              Attorney for Plaintiffs
                                              Goshen Executive Center
                                              Building 400A
                                              1450 East Boot Road
                                              West Chester, PA  19380
                                              (610) 738-4800
                                              FAX (610) 738-4898

DATE:  February 9, 2004