IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

**PLAINTIFFS' PROPOSED VERDICT SLIP**

　　1.　　Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that any of the Defendants violated Joshua Shuman's right to access to information under the First Amendment?


_____YES　　　　_____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO QUESTION 2 AND 3.
IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 5.

    2.    Which Defendants do you find violated Joshua Shuman's First Amendment rights?

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |
| Donald Stewart | _____YES | _____NO |
| Penn Manor School District and Board | _____YES | _____NO |

    3.    Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that the violation of Joshua Shuman's First Amendment rights was the proximate cause of any injuries suffered by him?

_____YES    _____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO THE NEXT QUESTION.  IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 5.

    4.    Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that Joshua Shuman should be awarded damages to compensate for any injuries caused by or as a result of the violation of his First Amendment rights?

_____YES    _____NO

IF YOU ANSWERED "YES", THEN IN WHAT AMOUNT?    $_____

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

| | |
|---|---|
| Janice Mindish | _____% |
| Brian Baddick | _____% |
| Philip Gale | _____% |
| Donald Stewart | _____% |
| Penn Manor School District and Board | _____% |

GO ON TO THE NEXT QUESTION

2

5.	Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that any of the Defendants seized Joshua Shuman and that the seizure was unreasonable in violation of his right to be free from unreasonable seizures under the Fourth Amendment?

_____YES		_____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO QUESTIONS 6 AND 7.  IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 9.

6.	Which Defendants do you find violated Joshua Shuman's Fourth Amendment rights?

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |
| Penn Manor School District and Board | _____YES | _____NO |

7.	Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that the violation of Joshua Shuman's Fourth Amendment rights was the proximate cause of any injuries suffered by him?

_____YES		_____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO THE NEXT QUESTION.  IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 9.

8.	Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that Joshua Shuman should be awarded damages to compensate for any injuries caused by or as a result of the violation of his Fourth Amendment rights?

_____YES		_____NO

IF YOU ANSWERED "YES", THEN IN WHAT AMOUNT?	$_____

3

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

| | | |
|---|---|---|
| Janice Mindish | _____ | % |
| Brian Baddick | _____ | % |
| Philip Gale | _____ | % |
| Penn Manor School District and Board | _____ | % |

GO ON TO THE NEXT QUESTION

9. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that any of the Defendants violated Joshua Shuman's right to Due Process under the Fourteenth Amendment?

_____YES          _____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO QUESTIONS 10 AND 11. IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 13.

10. Which Defendants do you find violated Joshua Shuman's Fourteenth Amendment Due Process rights?

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |
| Donald Stewart | _____YES | _____NO |
| Penn Manor School District and Board | _____YES | _____NO |

11. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that the violation of Joshua Shuman's Fourteenth Amendment due process rights was the proximate cause of any injuries suffered by him?

_____YES          _____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO THE NEXT QUESTION. IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 13.

4

12. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that Joshua Shuman should be awarded damages to compensate for any injuries caused by or as a result of the violation of his Fourteenth Amendment due process rights?

_____YES    _____NO

IF YOU ANSWERED "YES", THEN IN WHAT AMOUNT?    $_____

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

| | |
|---|---|
| Janice Mindish | _____% |
| Brian Baddick | _____% |
| Philip Gale | _____% |
| Donald Stewart | _____% |
| Penn Manor School District and Board | _____% |

GO ON TO THE NEXT QUESTION

13. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that any of the Defendants violated Joshua Shuman's right to equal protection under the Fourteenth Amendment?

_____YES    _____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO QUESTIONS 14 AND 15. IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 17.

14. Which Defendants do you find violated Joshua Shuman's Fourteenth Amendment equal protection rights?

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |
| Donald Stewart | _____YES | _____NO |
| Penn Manor School District and Board | _____YES | _____NO |

15. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that the violation of Joshua Shuman's Fourteenth Amendment equal protection rights was the proximate cause of any injuries suffered by him?

_____YES            _____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO THE NEXT QUESTION.  IF YOU ANSWERED "NO" TO THIS QUESTION, THEN GO TO QUESTION 17.

16. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that Joshua Shuman should be awarded damages to compensate for any injuries caused by or as a result of the violation of his Fourteenth Amendment equal protection rights?

_____YES            _____NO

IF YOU ANSWERED "YES", THEN IN WHAT AMOUNT?    $_____

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

| | |
|---|---|
| Janice Mindish | _____% |
| Brian Baddick | _____% |
| Philip Gale | _____% |
| Donald Stewart | _____% |
| Penn Manor School District and Board | _____% |

GO ON TO THE NEXT QUESTION

17. Do you find that Joshua Shuman and/or Teresa Shertzer have proved by a preponderance of the evidence that:

    a. The conduct of any of the following Defendants was extreme and outrageous.

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |

IF YOU ANSWERED "YES" TO ANY DEFENDANT IN PART a, GO ON TO PART b.  IF YOU ANSWERED "NO" TO ALL DEFENDANTS, GO ON TO QUESTION 18.

    b. The conduct of any of the following Defendants caused either Joshua Shuman or Teresa Shertzer severe emotional distress.

        1) Joshua Shuman

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |

        2) Teresa Shertzer

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |

IF YOU ANSWERED "YES" TO ANY DEFENDANT IN PART b (1) or b (2), GO ON TO PART c.  IF YOU ANSWERED "NO" TO ALL DEFENDANTS, GO ON TO QUESTION 18.

    c. Any of the following Defendants acted intending to cause either Joshua Shuman or Teresa Shertzer such distress or with the knowledge that such distress was substantially certain to occur.

        1) Joshua Shuman

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |

      2)      Teresa Shertzer

Janice Mindish   _____YES   _____NO

Philip Gale   _____YES   _____NO

IF YOU ANSWERED "YES" TO ANY DEFENDANT IN PART c (1) or c (2), GO ON TO PART d. IF YOU ANSWERED "NO" TO ALL DEFENDANTS, GO ON TO QUESTION 18.

      d.      Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that either or both of them should be awarded damages to compensate them for emotional distress caused by or as a result of the conduct of Defendants in Parts a, b and c?

      1)      Joshua Shuman

_____YES   _____NO

      2)      Teresa Shertzer

_____YES   _____NO

IF YOU ANSWERED "YES" TO EITHER d (1) OR d (2), THEN IN WHAT AMOUNT?

<u>Joshua Shuman</u>:       $_____

<u>Teresa Shertzer</u>:       $_____

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

<u>Joshua Shuman</u>:

      Janice Mindish   _____%

      Brian Baddick   _____%

      Philip Gale   _____%

<u>Teresa Shertzer</u>:

      Janice Mindish   _____%

      Philip Gale   _____%

GO ON TO THE NEXT QUESTION

18. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that any of the following Defendants were negligent?

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |
| Donald Stewart | _____YES | _____NO |
| Carole Fay | _____YES | _____NO |

IF YOU ANSWERED "YES" AS TO ANY DEFENDANT, GO ON TO QUESTION 19. IF YOU ANSWERED "NO" TO ALL DEFENDANTS, BUT ANSWERED "YES" TO EITHER QUESTIONS 1, 5, 9, 13 OR 17, CONTINUE ON TO QUESTION 21. IF YOU ANSWERED "NO" TO ALL DEFENDANTS, AND ANSWERED "NO" TO QUESTIONS 1, 5, 9, 13, AND 17, DO NOT ANSWER ANY MORE QUESTIONS.

19. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that the negligence of any of the Defendants was the proximate cause of any injuries suffered by them?

<u>Joshua Shuman</u>:

_____YES        _____NO

<u>Teresa Shertzer</u>:

_____YES        _____NO

IF YOU ANSWERED "YES" TO THIS QUESTION, THEN GO ON TO THE NEXT QUESTION. IF YOU ANSWERED "NO" TO THIS QUESTION, BUT ANSWERED "YES" TO EITHER QUESTIONS 1, 5, 9, 13 OR 17, CONTINUE ON TO QUESTION 21. IF YOU ANSWERED "NO" TO THIS QUESTION, AND ANSWERED "NO" TO QUESTIONS 1, 5, 9, 13, AND 17, DO NOT ANSWER ANY MORE QUESTIONS.

20. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that they should each be awarded damages to compensate for any injuries caused by or as a result of the negligence of the Defendants?

      a.    Joshua Shuman:

_____YES      _____NO

      b.    Teresa Shertzer:

_____YES      _____NO

IF YOU ANSWERED "YES" TO EITHER 20a OR 20b, THEN IN WHAT AMOUNT?

<u>Joshua Shuman</u>:      $_____

<u>Teresa Shertzer</u>:      $_____

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

<u>Joshua Shuman</u>:

    Janice Mindish    _____%
    Brian Baddick    _____%
    Philip Gale    _____%
    Donald Stewart    _____%
    Carole Fay    _____%

<u>Teresa Shertzer</u>:

    Janice Mindish    _____%
    Brian Baddick    _____%
    Philip Gale    _____%
    Donald Stewart    _____%
    Carole Fay    _____%

IF YOU ANSWERED "NO" TO BOTH 20a and 20b, BUT ANSWERED "YES" TO EITHER QUESTIONS 1, 5, 9, 13 OR 17, CONTINUE ON TO QUESTION 21.  IF YOU ANSWERED "NO" TO THIS QUESTION, AND ANSWERED "NO" TO QUESTIONS 1, 5, 9, 13, AND 17, DO NOT ANSWER ANY MORE QUESTIONS.

21. Do you find that Joshua Shuman and Teresa Shertzer have proved by a preponderance of the evidence that the Defendants' actions were of such an outrageous nature as to demonstrate intentional, willful, wanton or reckless conduct to that punitive damages should be assessed to punish any of them and deter such conduct by others?

| | | |
|---|---|---|
| Janice Mindish | _____YES | _____NO |
| Brian Baddick | _____YES | _____NO |
| Philip Gale | _____YES | _____NO |
| Donald Stewart | _____YES | _____NO |
| Carole Fay | _____YES | _____NO |

IF YOU ANSWERED "YES", THEN IN WHAT AMOUNT    $_____

HOW DO YOU FIND THESE DAMAGES APPORTIONED?

| | |
|---|---|
| Janice Mindish | _____% |
| Brian Baddick | _____% |
| Philip Gale | _____% |
| Donald Stewart | _____% |
| Carole Fay | _____% |

Date_____        Foreperson_____

11