IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian TERESA SHERTZER, and TERESA SHERTZER, individually | : <br> : <br> : <br> : CIVIL ACTION NO. 02-CV-3594 <br> : |
| Plaintiffs, <br> v. | : <br> : <br> : (GARDNER) |
| PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District, AND <br> DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District AND <br> JANICE M. MINDISH, individually and as Principal of Penn Manor High School, AND <br> BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School, AND <br> PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School, AND <br> CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## STIPULATION TO DISMISS
### GARY B. CAMPBELL IN HIS INDIVIDUAL CAPACITY

It is hereby stipulated and agreed between the undersigned counsel that Gary B. Campbell, sued in his individual capacity, be dismissed from this case.

LAW OFFICES OF DEIRDRE A. AGNEW

By: _____
Deirdre A. Agnew, Attorney ID 63990
Goshen Executive Center
1450 East Boot Road, Building 400A
West Chester, Pennsylvania 19380

Attorney for Plaintiffs

Date: 2/10/04

SWEET, STEVENS, TUCKER & KATZ LLP

By: _____
Jason R. Wiley, Attorney ID 79874
331 Butler Avenue
P.O. Box 5069
New Britain, Pennsylvania 18901

Attorney for Defendants

Date: 2/10/04

APPROVED BY THE COURT:

_____
James Knoll Gardner
United States District Judge

2