IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>                 Plaintiffs,<br>   v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>                 Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

**PLAINTIFFS' AMENDMENT TO TRIAL MEMORANDUM**

Plaintiffs, Joshua Shuman and Teresa Shertzer, by and through their undersigned counsel, file the within Amendment to Trial Memorandum. The purpose of the amendment is to add an Exhibit which was inadvertently omitted from Plaintiffs' Trial Memorandum. The following is the Exhibit which was omitted:

    P-39    22 Pa. Code §§ 12.6 and 12.8

                    Respectfully submitted,


                    BY:    /s/ Deirdre A. Agnew
                          DEIRDRE A. AGNEW, ESQUIRE
                          Attorney for Plaintiffs
                          Goshen Executive Center
                          Building 400A
                          1450 East Boot Road
                          West Chester, PA  19380
                          (610) 738-4800
                          FAX (610) 738-4898

DATE:   February 11, 2004

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　Plaintiffs,<br>　v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

**CERTIFICATE OF SERVICE**

　　　I, Deirdre A. Agnew, Esquire, hereby certify that on the 11th day of February, 2004, a true and correct copy of Plaintiffs' Amendment to Trial Memorandum, were served on Defendants or their counsel via first class, regular mail, postage prepaid, at the following address:

3

Ellis H. Katz, Esquire
Jason R. Wiley, Esquire
Sweet, Stevens, Tucker & Katz, LLP
331 Butler Avenue
P.O. Box 5069
New Britain, PA  18901


                              BY:____/s/ Deirdre A. Agnew_____
                                   DEIRDRE A. AGNEW, ESQUIRE

4