# EDWARD F. DRAGAN
## Ed.D, MEL, CMC, CPM

**CERTIFIED AND COURT QUALIFIED
CONSULTANT TO SCHOOLS and LAWYERS**

**Education Management Consulting, LLC**
**24 Arnett Ave., Suite 102**
**Lambertville, NJ  08530**

**609-397-8989**
**edragan@edmgt.com**
**www.edmgt.com**

- Court Qualified Education Administration, School Liability, Education, Education Supervision, and Special Education Expert.
- Certified School Administrator.
- Certified Special Educator.
- Certified Teacher.
- Certified Management Consultant.
- Certified Public Manager.
- Doctorate in Education Administration and Supervision – Rutgers University.
- Masters in Special Education – The College of New Jersey.
- Masters in Education Law – Franklin Pierce Law Center.
- Post-graduate study in College Pupil Personnel Services.
- Post-graduate study at New York University, Ithaca Collage, Ohio University and Ohio State University in Administration, Education and Student Supervision
- Diplomate – American Academy of Certified Consultants and Experts.
- Member – American Association of School Administrators.
- Member – American College of Forensic Examiners International.
- Member – International Association of School Safety Professionals.

**PROFESSIONAL HISTORY**

1993-Present

EDUCATION MANAGEMENT CONSULTING, LLC, Lambertville, NJ
**Founder and Principal Consultant.**

***Develop and implement comprehensive system-wide organizational, management and program designs and audits for education and client-centered agencies on a worldwide basis.***  Specialties include liability risk management, restructuring of administrative roles and functions, review and evaluation of policies, procedures and practices, special education programs and services, assessment of multi-team effectiveness, charter schools and international schools.  Additional services include the development and evaluation of alternative schools, dispute resolution, on-site management and consultation for school superintendents and boards of education in the development, implementation and evaluation of education programs and services and school management and consultation for university and college administrators on issues concerning student safety and meeting the needs of students with disabilities.

***Provide expert consultation services for schools, agencies, and lawyers.***  Services provided for plaintiff, defendant, and insurance carriers in areas including negligence, student supervision, employee dismissal,

special education, school evaluation, harassment, and civil rights issues. Recent cases included sexual abuse, student peer harassment, serious sports injury, murder, rape, wrongful death, least restrictive placement, parent visitation rights, school reviews in matrimonial cases, student supervision, negligent hiring, supervision and retention and other high profile cases. Service providers include public and private schools, charter schools, camps and institutions of higher education. Services have been provided to law firms in twenty different states across the country.

***Evaluate the efficiency and effectiveness of service delivery and administrative models in education and client-centered settings.*** Review the management of programs and services, evaluate the adequacy of supervision, and assess pupil and client outcomes and program integrity. Develop comprehensive reports with recommendations based upon on-site observations, staff, student and parent interviews and record reviews.

***Engage in management consulting with a variety of clients*** including the National network on Disabilities, The Autistic Children's Project of California, National Hewitt Wallice Reader's Digest Grant recipients in education, public schools, private schools, charter and international schools as well as other agencies concerning all issues of education management and law.

**CONSULTATION TO SCHOOLS AND AGENCIES**

**A sample of recent consultation to schools and agencies include:**

*Saddle River Board of Education* – Reviewed and assessed programs and services for students with disabilities including resource programs and related service options.

*Lincoln School, San Jose, Costa Rica* – Designed and conducted a staff training seminar and management consultation in the areas of disabilities education and school organizational analysis.

*South Hunterdon Regional High School Board of Education* – Developed and implemented staff training and consultation in the area of the management and law of disabilities education issues. Provided management consultation in the area of organizational analysis and development focused on staff accountability and liability risk management.

*Emerson Board of Education* – Designed and conducted a comprehensive review and analysis of education programs and services. Reviewed policies and procedures related to student learning, organization structure and staff accountability.

*Little Ferry Board of Education* – Reviewed and analyzed the organization structure and systems of accountability focused on student learning. Revised job functions and job descriptions established accountability systems and recommended major policy and procedural modification.

*Ridgewood Board of Education* – Provided consultation for the redesign of all major instructional and management systems related to at-risk students and students with disabilities to comply with the IDEA Amendments of 1997 and new state regulations. Recommended policy and procedural modifications and staff development programs. Conducted staff and parent training in the area of instructional organization and laws related to the education of students with disabilities.

*Lakewood Board of Education* – Reviewed and analyzed the programs and services provided by the district for students with disabilities in preschool and early childhood programs. This review included curriculum, program options, organization structure and delivery of services according to standards in the field of education and special education.

*University of Zurich* – Provided consultation to a government project group focused on restructuring special education in Switzerland.

*Alpine Board of Education* – Reviewed and analyzed the management structure, staffing accountability, curriculum delivery systems and programs as they related to cost and comparison with other similar districts. Presented recommendations in each area to develop enhanced management systems, improve student performance and reduce costs and risk of litigation.

*The Walworth Barbour American International School, Israel* – Consulted with the superintendent and staff regarding the development of programs and services for exceptional students including those with learning and behavior problems and those who are gifted. Presented a graduate level course in teaching and supervising students with special needs.

*West Orange Board of Education* – Developed and implemented a comprehensive plan to review finance and budget related to the administrative organization and the provision of programs and services for pupils with disabilities. Conducted a review and analysis of the management of the delivery of programs and services including cost effectiveness and quality of services. Completed a functional assessment of staff responsibilities and presented recommendations for improvements.

*Asbury Park Board of Education* – Conducted a comprehensive organizational review and analysis of the department of special education. Assessed the effectiveness of the administrative model, the child study team process, student programs and other support services. Developed and presented a comprehensive plan of improvement that included the restructuring of administration resulting in savings of a significant amount of the budget.

*International School of Aleppo, Syria* – Consulted wit the superintendent, administrator and staff regarding the development of programs and services for students with learning and behavior problems and those who are at risk of school failure. Evaluated the school's capacity for program development and recommended unique programs to meet student and teacher needs.

*Bloomingdale Board of Education* – Developed and implemented a comprehensive review and analysis of the quality and efficiency of the student and teacher support system. Evaluated the management, structure and procedures for instructional programs and implementation of legal education requirements. Developed and presented a comprehensive evaluation report with recommendations for quality improvement and cost reduction.

*Dunellen Board of Education* – Conducted a management review and analysis of the superintendent and director of special education roles. Evaluated programs and services for the at risk population and pupils with disabilities. Conducted a management review of the division of special services. Assessed the quality of student and teacher support services. Determined the quality of relationships between staff and service providers. Reviewed program cost and litigation risk factors. Developed and presented a comprehensive evaluation report with recommendations for program and management improvement.

*Ramapo Indian Hills Board of Education* – Reviewed and analyzed the administrative structure. Developed and implemented a comprehensive management plan and provided on-site management of special education services. The provision of services brought the district into full legal compliance in their mandated program area.

*Keyport Township Board of Education* – Designed and conducted a comprehensive review and analysis of the administration of the district. Evaluated programs and services for the at risk population and students with disabilities. Interviewed regular and special education staff, administrators, students and parents. Reviewed curricula and support services and observed programs and staff meetings. Developed and presented a comprehensive evaluation report with recommendations for management improvement.

*Marlboro Township Board of Education* – Evaluated programs and services and conducted a management review of the division of special services. Reviewed pupil records, district policies and procedures, interviewed staff, students and parents. Observed programs and staff meetings. Developed and presented a comprehensive evaluation report with recommendations for program and management improvement.

*Lawrence Township Board of Education* – Developed a comprehensive strategic plan for system change in order to include and support pupils with disabilities in general education programs. Provided staff training, materials and direction.

**CONSULTATION TO LAWYERS**

**Recent consultation to lawyers:**

Consultation has been provided to more than 200 lawyers working on cases involving schools and education issues. Expert reports have been completed on more than 125 cases and expert testimony has been provided at 26 depositions and trials around the country.

Consultation to lawyers has included: review and analysis of case records; development of cause of action; identification of documents and information for discovery; assistance with the development of interrogatories; assistance with the development of questions for depositions; on-site observations and review; research; report writing; and court testimony.

Recent cases have included liability for student injury, including supervision of students, murder, wrongful death, sexual molestation, harassment, staff hiring, supervision, and retention, review of schools in matrimonial cases, special education program evaluation, and student placement and program disputes.

**Court Qualified Education Expert:**

Qualified by various courts, including federal district courts and state and administrative courts, as a general education expert, education administration expert, school liability expert, special education expert, and special education administration expert. Qualified to review and render opinions on issues of the administration of federal and state laws and regulations in the context of general and special education programs and services from preschool through post secondary public and private education facilities.

**ADDITIONAL EDUCATION AND EDUCATION ADMINISTRATION RELATED EMPLOYMENT**

1991-1993        HIGHLAND PARK SCHOOLS, Highland Park, NJ
**Director – Division of Special Services**

In this central office position, hired, supervised and evaluated the activities of highly trained specialists including psychologists, social workers, learning disabilities teacher-consultants and teachers. Participated as a multi-disciplinary team member to determine identification, evaluation and program and placement decisions for students in preschool through high school. Diagnosed learning disabilities and fashioned programs for students in pre-kindergarten through high school. Designed and implemented evaluations of programs and services, interpreted and implemented federal and state laws and regulations, provided mediation for disputed issues and developed education programs for at risk and pupils with disabilities.

Assisted with the development and implementation of the student assistance program for general education. Developed the proposal that awarded the district the distinction of being one of eighteen "network" districts for inclusive special education programming.

Implemented a preschool program for pupils with disabilities, special services advisory council, resource center programs with in-class pupil support systems, departmental high school programs, in-school education teams, inclusive education programs in the elementary schools and computerized data management systems. Provided staff development in laws and regulations governing the education of students with disabilities as well as other instructional issues.

1980-1991  **NEW JERSEY STATE DEPARTMENT OF EDUCATION**, Trenton, NJ
**Manager – Division of Programs and Services – 1983-1991**

Conducted and supervised the review of education programs, policies and procedures in more than three hundred public, private and state facility education programs. Participated in and supervised aspects of the review of programs and services in the Jersey City and Paterson School Districts in preparation for State takeover. Developed comprehensive reports and organized case files for the State Attorney General.

Served as division manager for the statewide system to review complaints regarding the implementation of federal and state laws and regulations. Supervised and conducted complaint investigations in more than forty-five schools.

Developed and interpreted state regulations governing the education of pupils with disabilities. Key areas included transition planning, vocational education, secondary education, child study team services, and special education program design.

Supervised and conducted monitoring of programs for compliance with federal and state laws and regulations for the entire state and developed programs of improvement and technical assistance. Supervised and conducted monitoring reviews for private schools for the handicapped, state institutions and public schools across New Jersey.

**County School Program Coordinator – 1980-1983**

In the Hunterdon County Office of Education, provided leadership for boards of education and school administrators in the areas of needs assessment, planning, program implementation and evaluation in twenty-nine school districts. Participated with local school district teams in the identification, evaluation, program development and placement of pupils with disabilities. Interpreted federal and state laws and regulations governing the education of pupils with disabilities. Reviewed and evaluated education programs to assure compliance with federal and state regulations.

1977-1980  **KINGWOOD TOWNSHIP SCHOOL**, Frenchtown, NJ
**Superintendent of Schools**

Developed and implemented a major school district renewal project focused on conducting reviews and needs assessments with staff, parents and the community. Designed and implemented education improvement programs. Reviewed, evaluated and developed all aspects of teacher supervision of students. Developed policies and procedures in order to legally and adequately implement staff hiring, supervision and dismissal as well as student supervision and school safety. Revised all major curriculum areas and implemented eight new innovative programs within three years.

1974-1977  **BONNIE BRAE SCHOOL**, Millington, NJ
**Curriculum Coordinator/Teacher – grades nine to twelve.**

In this residential treatment center for students with severe disabilities, established staff training programs, provided individual consultation and supervision and taught a class. Organized, developed and evaluated curricula and instructional programs. Supervised and

evaluated teachers and participated in the development of student individualized education programs.

1971-1974  **ANSELMO COMMUNITY SCHOOL**, Frenchtown, NJ
**Founder and Principal/Director**

In this private school for grades kindergarten through twelve developed and administered all policies, procedures and staff guidelines. Hired and supervised all staff. Developed, supervised and evaluated programs and services for students. Made decisions regarding student suspension and expulsion. Taught the lower elementary section general and special education classes.

1967-1971  **FLEMINGTON-RARITAN SCHOOLS**, Flemington, NJ
**Teacher**

Taught self-contained special education classes and resource center for a wide range of students with disabilities. Provided consultation to general education staff regarding the implementation of instructional strategies and student supervision.

1966-1967  **STATE OF OHIO DEPARTMENT OF CORRECTIONS**
**Social Worker**

In this juvenile correction facility, served on a multidisciplinary pupil planning team, made program and placement decisions, developed individual and group counseling programs, supervised a caseload of high school age inmates and provided counseling on an individual and group basis.

**Related Employment.**

2003 – Present  **THE COLLEGE OF NEW JERSEY,** Trenton, NJ
**Adjunct Professor, Department of Educational Administration**

Instruct graduate level courses in the field of educational administration and supervision.

1997 – Present  **THE COLLEGE OF NEW JERSEY**, Trenton, NJ
**Adjunct Professor, Department of Special Education**

Taught a seminar class for student teachers who were placed for practice teaching in various schools throughout New Jersey and Pennsylvania. The class covered student supervision, mediation, discipline, evaluation of outcomes, and general teaching strategies. Conducted on-site observation, evaluation, and supervision of student teachers at their school assignments.

Instruct graduate and undergraduate level courses in the teaching and supervision of students with behavioral, learning and other disabilities. Courses include: Exceptional Populations in Society and Learning, Behavior Problems of the Handicapped and Student Teaching Seminar.

| | |
|---|---|
| 1996 – Present | **THE COLLEGE OF NEW JERSEY**, Trenton, NJ<br>**Adjunct Professor of Education, International and Overseas Program** |

Develop and teach graduate level courses in international schools around the world. Courses include Special Education, School Law, Administration, and Staff and Student Supervision. Taught the graduate course "Learning and Behavior Problems of Children and Youth with Disabilities" in the International School of Aleppo, Syria, spring 1996 and in Tel Aviv, Israel, spring 1997.

| | |
|---|---|
| 1991 | **SETON HALL UNIVERSITY**, South Orange, NJ<br>**Adjunct Professor, Department of Public Administration** |

Developed and taught a graduate level course entitled "Organizational Theory and Behavior in the Public Sector."

| | |
|---|---|
| 1969-1975 | **NORTHWEST NEW JERSEY COMMUNTIY ACTION PROGRAM**, Philipsburg, NJ<br>**Director of Head Start Programs** |

Developed, directed, and evaluated 21 summer head start centers in three counties. Hired and supervised center administrators, teachers, bus drivers, and other support staff. Developed pupil identification and evaluation procedures and transition programs with public schools for pupils. Designed and supervised instruction.

| | |
|---|---|
| 1997 | **NEUROPSYCHIATRIC INSTITUTE,** Princeton, NJ<br>**Teacher** |

In this residential facility for autistic children, designed and implemented an instructional program for the summer and taught a group of eight pupils. Developed and implemented student programs.

| | |
|---|---|
| 1996-1997 | **OHIO UNIVERSITY,** Athens, Ohio<br>**Assistant Resident Director** |

Provided student supervision in a 600-bed undergraduate and graduate residence hall on campus. Responsible for the review, development, and enforcement of school and dormitory policies and rules.

| | |
|---|---|
| 1965-1966 | **THE COLLEGE OF NEW JERSEY,** Trenton, NJ<br>**Resident Assistant** |

Provided student supervision in a 150-bed undergraduate residence hall on campus. Responsible for the review, development, and enforcement of school and dormitory policies and rules.

## EDUCATION

- **Franklin Pierce Law Center – Masters Degree in Education Law**
    Major areas of study: torts and special education. Other areas of study included student and school staff rights, legal research and analysis and mediation. – Graduated May 2001.

- **Harvard University – Programs in Professional Education**
    Major area of study: Education Law – Summer 1997.

- **Rutgers University – Doctor of Education – Educational Administration and Supervision**

    Major area of study: General school organization and supervision, policy and procedure development, organizational analysis and development, facilities, and staff and student supervision. Graduated October 1982.

- **Institute of Management Consultants – Certified Management Consultant**
  Major area of study: Ethical issues in consulting, managing client relationships in education and public agencies and legal consulting. Certified 1997.

- **Rutgers University and the State of New Jersey Department of Personnel – Certified Public Manager**
  Major area of study: Organizational analysis and development, staff supervision, and program evaluation in public agencies. Certified 1995.

- **The College of New Jersey – Master of Arts – Special Education.**
  Major area of study: Special education including identification, evaluation, program development and placement of students with disabilities, curriculum development, child study team functions, diagnosing learning disabilities, including reading and math, and fashioning appropriate accommodations, programs and services, development and review of student evaluation and education plans, and teacher training and supervision. Graduated 1969.

- **The College of New Jersey – Bachelor of Arts**
  Major area of study: Industrial Arts Education and Psychology. Graduated 1966.

- **Other Graduate Study:**

  University of Maine – Human Relations.
  Ohio University – Pupil Personnel Services.
  Ohio State University – Special Education: Pupil Identification, Program Development and Supervision.
  New York University – School Administration: Team Member Functioning and Supervision.

**RECENT SPECIALIZED TRAINING and STUDY**

Developing Inclusive Schools and Communities
McGill University, Montreal, Canada – July 1993
Improving Communication Between Experts and Attorneys – September 1994
Complying with IDEA and Section 504 – December 1994
National Institute on Legal Issues of Education
Individuals with Disabilities – May 1995
Special Education Law and Practice – June 1995
Witness Preparation – July 1995
The Deposition Process – September 1995
Management Consulting: A Workshop for Professionals – December 1995
Hot Topics in Special Education Law – June 1996
Courtroom Communications – September 1996
Education Law Association Conference – September 1996
Expert Witnesses: The Art and the Law – December 1996
Current Issues in School Law – Harvard University – July 1997
Education Law Association Conference – November 1997
Special Education Law and Practice – June 1998
The Law of Higher Education – August 1998

Education Law Institute – Franklin Pierce Law Center – August 1998
Legal Research and Analysis – August 1998
Legal Research and Analysis II – October 1998
Education Issues in the Supreme Court – Spring 1999
Liability, Torts, Contracts, Section 1983, and Constitutional Issues – July 1999
Basic Education Law – Fall 1999
Education Supreme Court Seminar – Spring 2000
Free Appropriate Public Education and the Least Restrictive Environment
for Students with Disabilities – Spring 2000
Law School for Experts Seminar – June 2000
National Expert Witness & Litigation Seminar – June 2000
Education Law – Franklin Pierce Law Center, Concord, NH – Spring 2000
Education Law Institute – Franklin Pierce Law Center, Concord, NH – July 2000
Special Education Law – Franklin Pierce Law Center, Concord, NH – Fall 2000
Administrative Law – Franklin Pierce Law Center, Concord, NH – Spring 2001
The Mediation Process – CDR Associates, Boulder, CO – February 2001
School Law for the Non-school Lawyer, New Jersey Institute for Continuing Legal Education – April 2001
National Institute on Legal Issues of Educating Individuals with Disabilities, Las Vegas, NV – May 2001
Hot Topics in Special Education – New Jersey Institute for Continuing Legal Education – September 28, 2002
Education Law Association Annual Conference, New Orleans, LA – November 14-16, 2002

**CERTIFICATIONS**

Teacher of Industrial Arts
Teacher of the Handicapped
Principal
School Administrator
Assistant Superintendent for Business
Certified Public Manager
Certified Management Consultant
Diplomate – American Academy of Certified Consultants and Experts

**MEMBERSHIPS**

International Association of School Safety Professionals
American Association of School Administrators
Association for Supervision and Curriculum Development
New Jersey Association for Supervision and Curriculum Development
Society of Professionals in Dispute Resolution
Education Law Association
National Forensic Center
American College of Forensic Examiners
Council for Exceptional Children
Phi Delta Kappa International
National Down Syndrome Conference
Lambertville Education Foundation

**HONORS AND LEADERSHIP ACTIVITIES**

Past Chairperson, Law Special Interest Group, National Institute of Management Consultants
Past Vice President, Institute of Management Consultants, Princeton Chapter
Past President, Certified Public Managers Society of New Jersey, Central Chapter

Past Member, New Jersey Governor's Task Force on Children's Services Planning
Past Member, Board of Directors, Hunterdon County YMCA
Past Allocations Committee Member, Hunterdon County United Way
Hunterdon County Juvenile Justice Committee
Hunterdon County Children's Services Council
Recipient, Graduate Fellowship in Pupil Personnel Services, Ohio University
President, Senior Class, The College of New Jersey
Vice President, Student Government, The College of New Jersey
Editorial Advisory Board – *Common Ground*
Co-editor – *Expert's Quarterly*

*Who's Who in American Education*
*Who's Who in New Jersey*
*Who's Who in American Business*
*Who's Who in Executives and Businesses*

Invited participant for the Oxford Round Table on Education Policy –
Sir William Blackstone Colloquium on Public School Law, Oxford, England.

Recognized by the National Forensic Center as a Distinguished Education Expert.
Awarded Diplomat status by the American Academy of Certified Consultants and Experts.

Invited to participate as a delegate to the Republic of South Africa as part of the Helen A. Kellar Institute for Human disAbilities, Graduate School of Education, George Mason University.

Institute of Management Consultants, Princeton Chapter – Past Vice President.

Rotary International, Hopewell Valley Chapter – Co-chairperson, International Committee.

Recognition Award – Radio America for "Commitment to Community Service Radio."

Research Fellow – Institute on Education Law and Policy, Center for Law and Justice,
Rutgers University School of Law.

Advisor – National Invitational Conference on School Choice & Urban Education Reform, Center for Law and Justice, Rutgers University School of Law – January 2001.

Presenter at the Institute on Legal Issues of Educating Individuals with Disabilities – May 2001

Lambertville Education Foundation – Vice President

Moderator – Special Education Presentation – Education Law Association Annual Conference – November 2002

## PUBLICATIONS

*The Administrative Principal in New Jersey – Role and Function,* Rutgers University, 1987.

*Breakthrough – Successful Special Education Programs in the High School,*
New Jersey State Department of Education, 1990.

Bridging the Gap, *Channels – A Journal for Special Educators,* Fall 1992.

Transition Planning – What Schools Need to Know, *CEC Today,* November 1994.

Accountability and Special Education: Planning for Results,
*National Association of Secondary School Principals Journal,* January 1995.

Accountability and Special Education: An Impossible Dream?,
*The Journal of School Business Management,* January 1995.

Role of the Education Expert in Litigation Support, *New Jersey Lawyer,* January 1995.

The Myth of Separate Education, *School Leader,* March/April 1995.
A Case Against Inclusion, *Nolpe Notes,* April 1995.

The Inclusion Confusion, *Education,* Winter 1995.

What Can You Do With Classified Pupils with Behavior Problems?, *Nolpe Notes,* May 1995.

What to do About Classified Pupils with Behavior Problems,
*Pennsylvania Schoolmaster,* June 1995.

Creating & Maintaining Effective Schools for All Children, *Common Ground,* September 1995.

Controlling That Special WorkLoad, *Management in Education,* England, September 1995.

The Educator as a Consulting and Testifying Expert, *The Virginia Bar Association Journal,* Winter 1996.

After a Due Process Decision, Then What?, *The School Administrator,* March 1996.

How to Develop an Attorney – Consultant Team, *Pennsylvania Bar News,* August 12, 1996.

Litigation Support: The Educator Expert, *Bar Bulletin, Maryland State Bar,* September 1997.

Regular Assessment of School Procedures Can Reduce Risks, *School Safety,* Spring 1998.

Experts, Lawyers Should Work As a Team for the Best Results, *The Testifying Expert,* March 1998.

Schools: What Are Our Priorities?, *School Planning and Management*, August 1999.

Is it Reasonable? Accommodations for Students with Disabilities at Colleges and Universities,
*Administrator*, September 1999.

Litigation in Schools: How an Education Expert Can Benefit Your Case, *American Journal of Trial Advocacy,* November 1999.

Disability Harassment, *Enabled On Line,* November 2000

Education Choice: The Legal Issues and Meeting the Challenges of Students with Disabilities, *Institute on Education Law & Policy,* January 26, 2001.

Litigation in Schools: How an Education Expert Can Benefit Your Case, *Nebraska Law Journal*,
March 2001.

Litigation in Schools: How an Education Expert can Benefit Your Case, *Wisconsin Law Journal*,
August 2001.

Recommendations for Addressing Violence in Schools, *Voices from the Field: The Journal of the National High School Association,* Spring 2002.

How an Education Expert Can Assist with Child Custody Solutions, *Michigan Lawyers Weekly,* July 29, 2002.

Sexual Harassment in Schools: Protecting Students from School Staff and Protecting School Staff from Students, Manuscript submitted for publication, May 2003.

Experts and Lawyers: Team for Results, *North Carolina Lawyers Weekly*, September 8, 2003.

Experts and Lawyers: Team for Results, *South Carolina Lawyers Weekly*, September 8, 2003.

Sexual Harassment in Schools: Protecting Students and Staff (Article based upon a presentation at the Education Law Association Conference, Savannah, GA, November 15, 2003), *School Employment Legal Alert*, January 2004.

Sexual Harassment in Schools: Establishing Boundaries Between Teachers and Students (Article based upon a presentation at the Education Law Association Conference, Savannah, GA, November 15, 2003), *Educator's Guide to Controlling Sexual harassment: Current Developments*, February 2004.

**RECENT SPEAKING ENGAGEMENTS, SEMINAR AND WORKSHOP PRESENTATIONS, AND RADIO AND TELEVISION SHOWS**

Presented as a keynote speaker, workshop coordinator, and guest lecturer at over 80 locations on an international basis. A sample of topics include:

Giftedness, Transition Planning for Schools
Administrative Collaboration
Elements of Change
Inclusive Education Planning and Structure
How to Avoid Litigation in Special Education
Programs That Work in Secondary Education
Strategic Planning and the Mission of Special Education
Complaint Investigation
Due Process and Mediation
Special Education Program Design
Special Education Regulations and Their Implementation

*Initial Steps for Developing a Caring School.* Featured presentation at Highland Park School District, 1992.

*Providing Effective Leadership and Administrative Collaboration.* Presented at the Rowen and Kean College Education Conference, October 1992.

*New Way of Looking at Special Education.* Featured presentation at the New Jersey Education Association Convention, Atlantic City, November 1992.

*The Future of Special Education.* Feature presenter at Rutgers University, November 1992.

*The Inclusion Confusion: How to Stay in Control and Out of Litigation.* Presented at the New Jersey Association of School Administrator's Spring Conference, 1996.

*Disciplining Pupils with Disabilities: What Can You Do? How to Stay Out of Litigation.* Presented at the New Jersey Federation Council for Exceptional Children Spring Conference, 1996.

*The National Charter School Movement: How to Organize and Evaluate.* Featured guest on WOGL-FM Radio, Philadelphia talk show with host Mr. Barry Segal, August 1996.

*The Inclusion Confusion: How to Stay in Control and Out of Litigation.*  Seminar presented at the New Jersey Association of School Administrator's continuing education program, September 1996.

*Accountability and Special Education: Is it Possible?*  Presented at the New Jersey School Boards Association Conference, Atlantic City, October 1996.

*Accountability and Special Education: Is it Possible?*  Presented at the New Jersey School Boards Association Conference, Atlantic City, October 1997.

*Reducing Costs, Improving Quality of Instruction, and Minimizing Risk of Litigation.* Guest on WSNJ-FM Radio talk show with host Mr. Paul Hunsberger, November 1996.

*Assistive Technology – Gateway to Appropriate Instruction.*  Keynote address presented at the Ocean County Special Education Conference, December 1996.

*Serving the Needs of Students with Disabilities in Charter Schools: Law and Practice.*  Presented at the annual conference of the Education Law Association, Seattle, November 1997.

*Money Damages in School and Education Cases.* Featured presenter at the Education Law Committee of the Connecticut Bar Association, January 1998.

*Risk Management in Schools.*  Featured guest interviewed by Lynn Doyle on Comcast Newsmakers, The Comcast Television Network covering the New Jersey and Pennsylvania region. January 1998.  Aired on CNN Headline News.

*Response to President Clinton's Education Spending Proposal.*  Featured guest interviewed by Donna DePetro on News 12 New Jersey, January 1998.

*Including Students with Disabilities in Classrooms with Students who are Not Disabled.*  Featured guest on Family Talk, a one-hour live broadcast presented on CN8, Comcast Television Network, April 1998.

*Serious Injuries – The Duty to Supervise.*  Presented at the Franklin Pierce Law Center Summer Education Law Institute, August 1998.

*The United States Focus on Civil Education.*  Presented at The Prague Post Foundation's International Roundtable on Education for Civil Society, Prague, Czech Republic, November 1998.

*Education Law Issues in the United States – Focus on Civil Rights.*  Interviewed by Ms. Marketa Kastankova, Radio Praha, Prague, Czech Republic, November 1998.

*Serious Injuries: The Duty of Schools to Supervise Students.*  Presented at the Connecticut Bar Association Annual Conference, January 1999.

*Sexual Orientation Minorities: Harassment, Hostile Environment Issues and Planning School Supports.*  West Windsor-Plainsboro School District, March 1999.

*Time Management for Teachers and Making Accommodations for Students with Disabilities.*  Presented via direct long distance conferencing to the Lincoln School, San Jose, Costa Rica, April 1999.

*Education Experts: Key to Effective Discovery in School Cases,* Interviewed by Eric Berkman, Lawyers Weekly USA, published August 23, 1999.

*Legal Issues of Educating Students with Disabilities.* Featured guest on Family Talk, a one-hour live broadcast presented on CN8, Comcast Television Network, September 28, 1999.

*Inclusive Education: The Second Generation – What it Really Takes to Make it Work,* Featured Group Session Speaker, New Jersey School Boards Association, New Jersey Association of School Administrators Conference, October 27, 1999.

*Managing for Successful Educational Programs – What the Research Says About Schools That Include All Students.* Presentation to the staff of Lincoln School, San Jose, Costa Rica, November 1999.

*Individuals With Disabilities Education Act In New Jersey.* Presentation as a faculty member of Lorman Education Services, New Brunswick, NJ, April 24, 2000.

*Hot topics In School Law.* Presentation as a faculty member of Lorman Education Services, Cherry Hill, NJ, May 24, 2000.

*School Safety Issues: How to Cut Down on Litigation and Protect Students.* Exclusive guest expert on WCTC Radio, Central New Jersey. Interview and audience call-ins with host Bernard Spigner, August 8, 2000.

*School Safety: What Administrators and Teachers Need to Do*, WWOR Television, New York. Public service announcement airing for one week during the week of August 14, 2000.

*Disability Harassment: What Parents and Schools Should Know.* CN8, The Comcast Network. Guest expert on Family Talk with Mary Amaroso, September 6, 2000.

*Including Students With Disabilities in Typical Classrooms: All Students Can Benefit*, WWOR Television, New York. Public service announcement airing during the week of September 10, 2000.

*Appropriate Education for All Students: Issues of Inclusion.* CN8, The Comcast Network. Exclusive guest expert on the one-hour talk and call-in show Family Talk with Mary Amaroso, September 12, 2000.

*Pennsylvania Individuals with Disabilities Education Act: Appropriate Placement of Students with Disabilities and the Least Restrictive Environment*, Harrisburg, PA, October 27, 2000.

*Connecticut Individuals with Disabilities Education Act: Appropriate Placement of Students with Disabilities and the Least Restrictive Environment,* Shelton, CT, November 28, 2000.

*Hot Topics in Pennsylvania School Law: Sexual Harassment of Students: Recent Case Law*, Philadelphia, PA, December 6, 2000.

*Writing and Revising Student Handbooks and Other Related School Issues in Massachusetts: Student Harassment – Recent Case Law,* Boston, MA, December 15, 2000.

*Writing and Revising Student Handbooks and Other Related School Issues in Delaware: Student Harassment – Recent Case Law*, Wilmington, DE, February 9, 2001.

*What is an Education Expert?* Hopewell Valley Rotary Club, Hopewell, NJ, February 21, 2001.

*Writing and Revising Student Handbooks and Other Related School Issues in New Jersey: Student Harassment – Recent Case Law,* Cherry Hill, NJ, March 20, 2001.

*Writing and Revising Student Handbooks and Other Related School Issues in Pennsylvania: Student Harassment – Recent Case Law*, Philadelphia, PA, April 5, 2001.

*New Jersey Individuals with Disabilities Education Act: Appropriate Placement of Students with Disabilities and the Least Restrictive Environment,* New Brunswick, NJ, April 24, 2001.

*The Six Principles of the Individuals with Disabilities Education Act,* Development Disabilities conference, Clinton, NJ, April 28, 2001

*Disability Harassment Is No Laughing Matter: Liability of Schools and Recent Case Law*, 22nd National Institute on Legal Issues of Educating Individuals with Disabilities, Las Vegas, NV, May 7-10, 2001.

*School Liability: School Liability for Administrators, Sexual Harassment of Students,* New Brunswick, NJ, May 11, 2001.

*Sexual Harassment of Students,* Mount Laurel, NJ, June 7, 2001.

*Teacher Appraisals and Dismissals,* Mount Laurel, NJ, October 11, 2001.

*School Violence Issues: Protecting Our Schools, Issues of student-to-student and staff-to-student sexual harassment,* Parsippany, NJ, May 24, 2002.

*The IDEA, Section 504 and the ADA: Impact Upon Decisions Regarding Students and Staff in New Jersey,* Parsippany, NJ, July 29, 2003.

*Section 504 vs. The Idea: The Impact of Disability Laws on Students and Staff in New Jersey,* Mount Laurel, NJ, October 17, 2003

*Sexual Harassment in Schools: Protecting Students from School Staff and Protecting School Staff from Students,* Education Law Association Conference, Savannah, GA, November 15, 2003.

*Sexual/physical Harassment in School and the School District's Duty to Investigate Current and Prospective Employee's Histories,* School Law Conference, New Jersey Institute for Continuing Legal Education, New Brunswick, NN, February 4, 2004.

*Intersection of Family and School Law Issues: Evaluation of Schools in Custody Cases,* School Law Conference, New Jersey Institute for Continuing Legal Education, New Brunswick, NN, February 4, 2004.

January 2004.