# EDWARD F. DRAGAN, Ed.D

## Supplement to Resume

### Deposition and trial testimony.

1. C.T. v. Ocean City Board of Education – Trial testimony. New Jersey Administrative Court, New Jersey Superior Court, Atlantic County, NJ, August 20, 1993.

2. G.K. v. Roselle Board of Education – Trial testimony. New Jersey Administrative Court, Newark, NJ, November 1, 1994.

3. B.M. v. Abington Board of Education – Trial testimony. Pennsylvania Administrative Court, Bucks County, PA, June 6, 1994.

4. C.F. v. Summit Board of Education – Trial testimony. New Jersey Administrative Court, Newark, NJ, June 29, 1995.

5. B.M. v. Union County Regional High School Board of Education – Trial testimony. New Jersey Administrative Court, Newark, NJ, January 23, 1995.

6. S.M. v. Bergenfield Board of Education – Trial testimony. Judge Marie Simonelli, New Jersey Administrative Court, Newark, NJ, November 19 and 20, 1996.

7. J.T. v. Barnegat Township Board of Education - Deposition, March 14, 1997.

8. B.K. v. Brick Board of Education – Trial testimony. Judge Martone, New Jersey Administrative Court, Quakerbridge, NJ, November 4, 1997.

9. Doe v. Jody's, Inc. - Deposition, December 1, 1997.

10. M.B. v. Diocese of Rockville Center – Trial testimony. Judge Ralph P. Franco, Supreme Court, State of NY, Nassau County, NY, January 20, 1998.

11. Doe v. Jody's, Inc. – Hearing, Magistrate Judge Wolfson, US District Court, District of NJ, Trenton, NJ, March 18, 1998.

12. The City of Cedar Falls v. Cedar Falls School District – Trial testimony. Judge Stephen Clarke, Iowa District Court, Black Hawk County, Waterloo, Iowa, July 2, 1998.

13. J.T. v. Barnegat Township Board of Education – Trial testimony. Judge Martone, New Jersey Administrative Court, Quakerbridge, NJ, September 22, 1998.

14. R.M. v. Jefferson Township Board of Education – Deposition, December 22 and 23, 1998.

15. P.A., et al v. Clover Park School District, Washington – Deposition, March 2, 1999.

16. P.A., et al v. Clover Park School District, Trial Testimony. Superior Court of Washington, Tacoma, Washington, May 10, 1999.

17. S.G. v. New Brunswick Board of Education – Deposition, August 17, 1999.

18. N.L. for L.L. v. Montville Township Board of Education – Trial testimony. Judge Richard McGill, New Jersey Administrative Court, Newark, NJ, October 5, and 7 1999.

19. J.E. v. Ridgewood Board of Education – Trial testimony. Judge Richard McGill, New Jersey Administrative Court, Newark, NJ, January 11, February 8, and March 16, 2000.

20. T.H. v. Stanwood Board of Education, Seattle, Washington – Deposition, March 10, 2000.

21. E.C. v. Clearview Regional Board of Education – Deposition, June 1, 2000.

22. D.G. v. Association for Help of Retarded Children – Hearing, Justice Alan D. Oshrin, Superior Court, State of New York, May 15, 2001.

23. Ramirez v. Ramirez – Court Testimony – Judge Warren Donohue, Montgomery County Circuit Court, Gathersberg, MD, October 15, 2001.

24. R.M. v. West Windsor-Plainsboro Regional Board of Education – Deposition, December 4, 2001.

25. A.R. and A.A. v. Houston Independent School District – Deposition, January 15, 2002.

26. A.M.M. and M.E.M. v. Las Lomitas School District, et als. – Deposition, June 3, 2002.

27. J.R. v. Paterson Board of Education, et als. – Deposition, July 23, 2002.

28. White v. Okeechobee County School Board. In the Circuit Court of the Nineteenth Judicial Circuit in and for Okeechobee County, State of Florida –

Deposition, July 25, 2002.

29. J.R. v. Paterson Board of Education, et als. – Judge Thomas F. Brogan, In the Superior Court of New Jersey – Trial testimony, September 12, 2002.

30. Roberson v. Newark Board of Education – Judge Mary C. Jacobson, In the Superior Court of New Jersey – Trial testimony, October 24, 28, 2002.

31. Kolash v. Vermont Center for the Deaf and Hard of Hearing, Inc., et al. In the United States District Court, District of Massachusetts – Deposition, December 17, 2002.

32. Kolash v. Vermont Center for the Deaf and Hard of Hearing, Inc., et al. In the United States District Court, District of Massachusetts, Boston, Massachusetts, Civil Action No.: 01CV12351RGS – Trial testimony, April 16, 2003.

33. Witcher v. Division of Youth & Family Services, et als. In the Superior Court of New Jersey Law Division Essex County. Docket No.: Esx-L-000429-01 – Deposition, May 22, 2003.

34. Doe v. Cicero School District #99. In the Circuit Court of Cook County, Illinois, County Department, Law Division. Docket No.: 01 L 3617 – Deposition, October 10, 2003.

35. Howard v. Pearl River Community College. In the Circuit Court of Pearl County, Mississippi. Cause No.: 2002-0498 – Trial testimony, October 15, 2003.

Revised November 1, 2003.