No. 233

SECTION: PUPILS

TITLE: SUSPENSION AND EXPULSION

ADOPTED: February 8, 1999

REVISED:

**Penn Manor School District**

### 233. SUSPENSION AND EXPULSION

**1. Purpose**

Title 22
Sec. 12.6
SC 1318

The Board recognizes that exclusion from the educational program of the schools, whether by suspension or expulsion, is the most severe sanction that can be imposed on a student in this district and one that cannot be imposed without due process.

**2. Authority**

SC 1318
Title 22
Sec. 12.6

The Board may, after a proper hearing, suspend a student for such time as it deems necessary or may permanently expel him/her.

**3. Guidelines**

Title 22
Sec. 12.6
(b) (1)

Exclusion From School - Suspension

The principal or teacher in charge of a public school may suspend any student for disobedience or misconduct for a period of one (1) to ten (10) consecutive school days and shall report the suspension to the Superintendent as soon as possible.

Title 22
Sec. 12.6
(b) (1)

No student may be suspended without notice of the reasons for which s/he is suspended and an opportunity to be heard in his/her own behalf before the school official who holds the authority to reinstate him/her. The parents shall be notified immediately in writing when a student is suspended.

When the suspension exceeds three (3) school days, the student and parent or guardian will be given the opportunity for an informal hearing with the designated school official. Such hearing shall take place as soon as possible after the suspension, except when extraordinary circumstances involving the health and safety of the student or others in the school require immediate exclusion, the hearing may be delayed to such time as circumstances permit.