## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA SHUMAN,** a minor by and through his mother and natural guardian **TERESA SHERTZER, and TERESA SHERTZER,** individually | : : : : | **CIVIL ACTION NO. 02-CV-3594** |
| **Plaintiffs,** | : : | |
| v. | : : | **(GARDNER)** |
| **PENN MANOR SCHOOL DISTRICT, PENN MANOR SCHOOL BOARD, GARY B. CAMPBELL,** individually and as Superintendent of the Penn Manor School District, **AND** **DONALD STEWART,** individually and as Acting Superintendent of the Penn Manor School District **AND** **JANICE M. MINDISH,** individually and as Principal of Penn Manor High School, **AND** **BRIAN D. BADDICK,** individually and as Assistant Principal of Penn Manor High School, **AND** **PHILIP B. GALE,** individually and as Dean of Students of Penn Manor High School, **AND** **CAROLE FAY,** individually and as a teacher and Agriculture Coordinator at Penn Manor High School | : : : : : : : : : : : : : : : : : : : : : : : | |
| **Defendants.** | : | |

## **ORDER**

AND NOW, this           day of                          , 2004, upon consideration of Defendants, Penn Manor School District, Penn Manor School Board, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay's, Brief in Opposition to Plaintiffs' Motion in Limine to Preclude all Testimony and Exhibits Concerning the Acts of Joshua Shuman's Natural Father and/or the Prior Conduct of his Sister, it is hereby ORDERED and

2

DECREED that Plaintiffs' Motion in Limine to Preclude all Testimony and Exhibits Concerning the Acts of Joshua Shuman's Natural Father and/or the Prior Conduct of His Sister, is DENIED.

**BY THE COURT:**

_____
**Gardner, J.**