INITIAL INTERVIEW

**Patient:** Joshua Shuman
**DOB:** 9/17/86
**DOE:** 12/19/00

    I met with Josh and his mother, Teresa, this date. Josh is a 14-year-old Caucasian male, who is well dressed, well groomed and appears his stated age. Mom brings Josh to treatment as she is concerned about his lack of emotion related to some things that are going on in his family. Josh's natural father is serving time in a South Carolina prison for drug-related offenses and assaults. Dad has served three years, and has another seven years to go. He does write to Josh on occasion and does call him, but Josh does not respond to the letters. Also recently over the past four months, the family has been dealing with Josh's 20-year-old sister, Tina's heroin use. Josh had gone into her pocketbook for something and had found what he thought were drugs and syringes. He pointed this out to mom, and they got Tina into rehab at White Deer Run. Within eight days of leaving White Deer Run, Tina was again using drugs. She has done some time in jail for forgery, and during the past two months the family has had no contact with her. Mom feels that Josh should be more emotional and expressive than he is about these things, and wanting the opportunity to talk about this.

    Josh lives with his mother, Teresa (39), a Registered Nurse Case Manager working independently on a variety of insurance-company-related patients. Stepdad is David Shertzer (35), with whom Josh says he has a very positive relationship. Natural father is Jerry Shuman who, as I previously stated, is in jail in South Carolina. Sister, Tina (20) is addicted to heroin and her residence is unknown.

    Josh is in 9th grade in Penn Manor High School. He enjoys school and does well academically. His current classes are German, Ag Science and Math. He is active in FFA and hopes to attend college for either Mechanical Engineering or something to do with heavy equipment.

    Josh takes no medication and indicates he uses no drug or alcohol.

J. Shuman
p. 2

Josh likes to ride bike, is involved with FFA, enjoys things mechanical, hunting, fishing, boating by the Chesapeake, Civil War reenacting. Mom indicates that Josh doesn't have a lot of friends, and she wishes he were more involved with good kids his own age. Josh also works at a farm in Conestoga near where he lives. He normally works from 5-6:30 in the evening, sometimes a little later.

We talked at length about personality qualities, feelings and emotions. We decided that our goal for treatment will mainly be to help Josh share and express his thoughts and feelings better than he does at present. Josh was very attentive and willing to participate in therapy. I gave him a chart of emotions, and asked him to take a look at it and think how we can better help him in sharing feelings. Mom was able to do a very good job of helping Josh explain how upset she is and how concerned she is for his well-being, while at the same time recognizing that she cannot be co-dependent and assisting Tina in her heroin use. I asked Josh to write a couple of sentences a day sharing thoughts, feelings and emotions.

### Diagnostic Impression - DSM-IV

Axis I      309.0 Adjustment Disorder with Depression
Axis II     None
Axis III    None
Axis IV     Problems with primary support system
Axis V      GAF = 55

Next appointment is Wednesday, January 3, 2001, at 7:00 pm.


_[signature]_
Hubert R. Wood, M.S.


HRW/mhk