RE-OPEN CASE

Name: Josh Shuman
DOB: 9/17/86
DOE: 12/11/01

I met with Josh and his mother, Theresa, this date. Josh is a 15 year old, Caucasian male who is well dressed, well groomed and appears his stated age. Mom brings Josh to treatment as he was suspended from school on Monday for "inappropriate behavior". Mom is very upset about Josh being suspended and how Penn Manor has handled this suspension. She indicates that in the school handbook there is no category for inappropriate behavior. She has hired an attorney, Herbert Henderson, and will be going to court tomorrow requesting that Josh be returned to school on Thursday morning. Josh indicates that he and a girl were flirting with each other and have been flirting with each other for a period of time. During a class, with the lights on, and fully clothed, Josh touched this young lady on her vagina for approximately 3 seconds and she touched him on his penis for approximately 3 seconds. They sat through the remainder of the class and there was no problem.

On Monday, at 10:15, Josh was called to the office and confronted by Mr. Gale, a school principal, who told him that if he didn't tell him the truth the police would be called. Josh indicates that he told Mr. Gale very accurately what had happened and then Josh was put in a room from 10:15 to 2:15 where no one talked to him. Another principal, Mr. Badack, asked Josh if he touched the young lady to "get a rise". He indicated to Josh that he was trying to understand Josh's mind set in terms of his behavior.

We talked about appropriate and inappropriate touching. We talked about appropriate and inappropriate places to touch. Certainly Josh appears in almost every way to be a normal teenager in terms of his social development and sexual development. He does not appear to be a threat to himself or others. We talked at length about how things might be upon his return to school. I encouraged Josh to write down exactly what had happened and exactly what he told Mr. Gale. I also suggested that Josh not talk to any other students about what had happened and that if he is asked that he just shrug his shoulders or tell them that he doesn't want to discuss this. Mom is very clear in discussing the fact that she has had discussions with Josh about appropriate sexual behavior. She feels that there need to be consequences at home and has imposed reasonable consequences.

Diagnosis continues to be 309.0 Adjustment Disorder with Depression. Next appointment is Wednesday, December 19th at 4:00 pm.

_____
Hubert R. Wood, M.S.