# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　　　　　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

## PLAINTIFFS' THIRD AMENDMENT TO TRIAL MEMORANDUM

Plaintiffs, Joshua Shuman and Teresa Shertzer, by and through their undersigned counsel, file the within Third Amendment to Trial Memorandum. The purpose of the third amendment is to add an additional Exhibit which was omitted from Plaintiffs' Trial Memorandum, Amendment to Trial Memorandum and Second Amendment to Trial Memorandum. Plaintiffs listed the deposition transcripts in their Second Amendment to Trial Memorandum, but inadvertently omitted one transcript. This deposition transcript is admissible pursuant to Federal Rule of Civil

Procedure 32 and Federal Rule of Evidence 801 and 804.  The following is the Exhibit which was inadvertently omitted and Plaintiffs wish to add to their Exhibit lists in their Trial Memorandum, Amendment to Trial Memorandum and Second Amendment to Trial Memorandum:

     P-49   Olivia Becker Deposition Transcript


               Respectfully submitted,


               BY:    /s/ Deirdre A. Agnew
                      DEIRDRE A. AGNEW, ESQUIRE
                      Attorney for Plaintiffs
                      Goshen Executive Center
                      Building 400A
                      1450 East Boot Road
                      West Chester, PA  19380
                      (610) 738-4800
                      FAX (610) 738-4898

DATE:   February 26, 2004

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>                              Plaintiffs,<br>    v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>                              Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br>(GARDNER) |

## CERTIFICATE OF SERVICE

I, Deirdre A. Agnew, Esquire, hereby certify that on the 26th day of February, 2004, a true and correct copy of Plaintiffs' Second Amendment to Trial Memorandum, was served on Defendants or their counsel via first class, regular mail, postage prepaid, at the following address:

Ellis H. Katz, Esquire
Jason R. Wiley, Esquire
Sweet, Stevens, Tucker & Katz, LLP
331 Butler Avenue
P.O. Box 5069
New Britain, PA  18901


BY:_____/s/ Deirdre A. Agnew_____
        DEIRDRE A. AGNEW, ESQUIRE