```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor, by        )
and through his Mother and        )  Civil Action
Natural Guardian,                 )  No. 02-cv-03594
TERESA SHERTZER; and              )
TERESA SHERTZER, Individually,    )
                                  )
            Plaintiffs            )
                                  )
        vs.                       )
                                  )
PENN MANOR SCHOOL DISTRICT;       )
PENN MANOR SCHOOL BOARD;          )
GARY B. CAMPBELL, as              )
Superintendent of the Penn        )
Manor School District;            )
DONALD STEWART, Individually      )
and as Acting Superintendent of   )
the Penn Manor School District;   )
JANICE M. MINDISH, Individually   )
and as Principal of Penn Manor    )
High School of the Penn Manor     )
School District;                  )
BRIAN D. BADDICK, Individually    )
and as Assistant Principal of     )
Penn Manor High School of the     )
Penn Manor School District;       )
PHILIP B. GALE, Individually      )
and as Dean of Students of        )
Penn Manor High School of the     )
Penn Manor School District; and   )
CAROLE FAY, Individually          )
and as a Teacher and              )
Agriculture Coordinator at        )
Penn Manor High School of the     )
Penn Manor School District,       )
                                  )
            Defendants            )
```

HEARING SCHEDULING ORDER

NOW, this 9th day of March, 2004,

IT IS ORDERED that a Daubert[1] hearing is scheduled before Judge James Knoll Gardner on Wednesday, May 19, 2004, at

---

[1] Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579, 113 S.Ct. 2786, 125 L.Ed.2d 469 (1993).

9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania.

<u>IT IS FURTHER ORDERED</u> that not later than seven days before the hearing date each party shall submit to the undersigned[2] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.

<u>IT IS FURTHER ORDERED</u> that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by the undersigned.

By:

CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone:  (610) 434-3457

---

[2] The memoranda may be forwarded to the undersigned by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov