```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| JOSHUA SHUMAN, a minor, by and through his Mother and Natural Guardian, TERESA SHERTZER; and TERESA SHERTZER, Individually, | Civil Action No. 02-cv-03594 |
| Plaintiffs | |
| vs. | |
| PENN MANOR SCHOOL DISTRICT; PENN MANOR SCHOOL BOARD; GARY B. CAMPBELL, as Superintendent of the Penn Manor School District; DONALD STEWART, Individually and as Acting Superintendent of the Penn Manor School District; JANICE M. MINDISH, Individually and as Principal of Penn Manor High School of the Penn Manor School District; BRIAN D. BADDICK, Individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District; PHILIP B. GALE, Individually and as Dean of Students of Penn Manor High School of the Penn Manor School District; and CAROLE FAY, Individually and as a Teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District, | |
| Defendants | |

<u>AMENDED JURY TRIAL ATTACHMENT ORDER</u>

NOW, this 11th day of March, 2004, it appearing there are outstanding motions to be decided; it further appearing the trial in this case is currently scheduled for Monday, March 15, 2004;

IT IS ORDERED, by agreement of counsel, that a jury trial of the within case shall commence before Judge Gardner on Monday, October 18, 2004, at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, or as soon thereafter as the

schedule of the court permits, following jury selection at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  This Order shall serve as a formal attachment for trial.

       <u>IT IS FURTHER ORDERED</u> that in all other respects the Jury Trial Attachment Order entered July 9, 2003 and filed July 14, 2003 shall remain in full force and effect.


       By:


       _____
       CHERYL E. SINCLAIR
       Civil Deputy Clerk to
       Judge James Knoll Gardner
       Phone:  (610) 434-3457