```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN, a minor, by        )
and through his Mother and        )  Civil Action
Natural Guardian,                 )
TERESA SHERTZER; and              )  No. 02-CV-03594
TERESA SHERTZER, Individually,    )
                                  )
            Plaintiffs,           )
                                  )
       vs.                        )
                                  )
PENN MANOR SCHOOL DISTRICT;       )
PENN MANOR SCHOOL BOARD;          )
DONALD STEWART, Individually;     )
JANICE M. MINDISH, Individually;  )
BRIAN D. BADDICK, Individually;   )
PHILIP B. GALE, Individually; and )
CAROLE FAY, Individually,         )
                                  )
            Defendants.           )
```

O R D E R

NOW, this 17th day of May 2004, upon consideration of Defendants, Penn Manor School District, Penn Manor School Board, Gary B. Campbell, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay's Motion for Summary Judgment, which motion was filed December 15, 2003; Plaintiffs' Response to Defendants' Motion for Summary Judgment, which response was filed January 9, 2004; and Defendants, Penn Manor School District, Penn Manor School Board, Gary B. Campbell, Donald Stewart, Janice M. Mindish, Brian D. Baddick, Philip Gale, and Carole Fay's Reply Brief in Support of Their Motion for Summary Judgment, which reply brief was filed January 22, 2004; and for the reasons expressed in the accompanying Opinion,

IT IS ORDERED that defendants' motion is granted.

IT IS FURTHER ORDERED that judgment is entered in defendants' favor on Counts II, IV, V, VI, VII, VIII, IX, X and XI of plaintiffs' Complaint, the only remaining counts of the Complaint.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge