IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA SHUMAN, a minor by and through his mother and natural guardian, TERESA SHERTZER, and TERESA SHERTZER<br>　　　　　　Plaintiffs,<br>　v.<br><br>PENN MANOR SCHOOL DISTRICT,<br>PENN MANOR SCHOOL BOARD,<br>GARY B. CAMPBELL, individually and as Superintendent of the Penn Manor School District,<br>AND<br>DONALD STEWART, individually and as Acting Superintendent of the Penn Manor School District,<br>AND<br>JANICE M. MINDISH, individually and as Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>BRIAN D. BADDICK, individually and as Assistant Principal of Penn Manor High School of the Penn Manor School District,<br>AND<br>PHILIP B. GALE, individually and as Dean of Students of Penn Manor High School of the Penn Manor School District,<br>AND<br>CAROLE FAY, individually and as a teacher and Agriculture Coordinator at Penn Manor High School of the Penn Manor School District,<br>　　　　　　Defendants. | CIVIL ACTION<br>No. 02-CV-3594<br><br><br><br><br>NOTICE OF APPEAL |

## **NOTICE OF APPEAL**

　　　　Notice is hereby given that Joshua Shuman and Teresa Shertzer, Plaintiffs, in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Opinion and Order of The Honorable James Knoll Gardner of May 17, 2004, granting

Defendants' Motions for Summary Judgment, entered in this action on the 18th day of May, 2004.

BY: _____
DEIRDRE A. AGNEW, ESQUIRE
Attorney for Plaintiffs
Goshen Executive Center
Building 400A
1450 East Boot Road
West Chester, PA  19380
(610) 738-4800
FAX (610) 738-4898

DATE:  June 14, 2004