IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHUMAN ET.AL.

02-3594
District Court Docket Number

vs.

PENN MANOR SCHOOL DISTRICT

Notice of Appeal Filed <u>6/15/04</u>
Court Reporter(s)/ESR Operator(s)      ESR

Filing Fee:
    Notice of Appeal <u>X</u> Paid __ Not Paid ___ Seaman
    Docket Fee         <u>X</u> Paid __ Not Paid ___ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

_____
_____
_____

Prepared by : _____
MARK CIAMAICHELO
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm